IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF NORTH CAROLINA, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF CONNECTICUT, STATE OF MINNESOTA, STATE OF OREGON, STATE OF TENNESSEE, and STATE OF WASHINGTON, <br><br> *Plaintiffs*, <br><br> vs. <br><br> REALPAGE, INC., <br><br> *Defendant*. | Case No. 1:24-cv-00710-LCB-JLW |

**NOTICE OF SPECIAL APPEARANCE**

Pursuant to Civil Local Rule 83.1(d)(1), David A. Geiger hereby enters a special appearance in the above-captioned civil action as counsel for Plaintiff United States of America.

I certify that I am a member in good standing of the State Bar of Illinois. I understand that, by entering an appearance, I am submitting myself to the disciplinary jurisdiction of this Court for any misconduct in connection with the above-captioned civil action for which I am specially appearing. I will ensure that an attorney who is familiar with the case and has authority to control the litigation will be at all conferences, hearings, trials, and other proceedings.

I am a federal government attorney representing the interests of the United States of America. Under Civil Local Rule 83.1(c)(1), I am therefore exempt from the requirement of securing local counsel in association with my special appearance.

Dated: August 27, 2024							Respectfully submitted,

By:  /s/ David A. Geiger
David A. Geiger

Trial Attorney
United States Department of Justice
Antitrust Division
450 Fifth Street N.W., Suite 7100
Washington, DC 20530
Telephone: (202) 307-6200
Email: david.geiger@usdoj.gov