# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:24-cv-00710 |
| REALPAGE, INC. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of North Carolina.

Date: 08/27/2024

/s/ Jasmine S. McGhee
*Attorney's signature*

Jasmine S. McGhee, NC State Bar #48424
*Printed name and bar number*

North Carolina Department of Justice
Post Office Box 629
Raleigh, North Carolina 27602
*Address*

jmcghee@ncdoj.gov
*E-mail address*

(919) 716-6781
*Telephone number*

(919) 716-6050
*FAX number*