# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| UNITED STATES OF AMERICA, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:24-cv-00710 |
| REALPAGE, INC. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of North Carolina.

Date: 08/27/2024

/s/ Jessica V. Sutton
*Attorney's signature*

Jessica V. Sutton, NC State Bar #41652
*Printed name and bar number*

North Carolina Department of Justice
Post Office Box 629
Raleigh, North Carolina 27602

*Address*

jsutton2@ncdoj.gov
*E-mail address*

(919) 716-0998
*Telephone number*

(919) 716-6050
*FAX number*