# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| UNITED STATES, ET AL. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:24-cv-00710 |
| REALPAGE, INC. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States.

Date: 08/27/2024

*Claire M. Maddox*
*Attorney's signature*

Claire M. Maddox
*Printed name and bar number*

U.S. Department of Justice - Antitrust Division
Technology and Digital Platforms Section
450 5th St NW, Washington, D.C. 20530
*Address*

claire.maddox@usdoj.gov
*E-mail address*

(202) 549-7155
*Telephone number*

(202) 616-8544
*FAX number*