IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA, )
STATE OF NORTH CAROLINA, )
STATE OF CALIFORNIA, )
STATE OF COLORADO, )
STATE OF CONNECTICUT, )
STATE OF MINNESOTA, )
STATE OF OREGON, )
STATE OF TENNESSEE, and )
STATE OF WASHINGTON, )
                                           Plaintiffs, )
                                           v. )    1:24CV710
REALPAGE, INC., )
                                           Defendant. )

## **ORDER**

This matter is before the Court on an Unopposed Motion for Leave for Plaintiff States of California, Colorado, Connecticut, Minnesota, Oregon, Tennessee, and Washington ("Plaintiff States") to Enter Notices of Special Appearance Without Association of Local Counsel. (Docket Entry 8.) Counsel for Defendant consents to Plaintiff States' Motion. The Court has reviewed the Motion and based on the information and representations made therein, the Court will allow the request at this time, except that the issue may be revisited if needed during the progress of this action.

IT IS HEREBY ORDERED that the Unopposed Motion for Leave (Docket Entry 8) is GRANTED, and that Plaintiff States are permitted to file Notices of Special Appearance in

this case, under Local Rule 83.1(d), without association of local counsel.

SO ORDERED. This the 17th day of September, 2024.

/s/ Joe L. Webster  
United States Magistrate Judge