# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>STATE OF NORTH CAROLINA,<br>STATE OF CALIFORNIA,<br>STATE OF COLORADO,<br>STATE OF CONNECTICUT<br>STATE OF MINNESOTA,<br>STATE OF OREGON,<br>STATE OF TENNNESSEE, and<br>STATE OF WASHINGTON,<br><br>      Plaintiffs,<br><br>  v.<br><br>REALPAGE, INC.,<br><br>      Defendant. | Case No. 1:24-cv-00710-LCB-JLW<br><br>**NOTICE OF SPECIAL APPEARANCE OF COUNSEL** |

Pursuant to Local Civil Rule 83.1(d), and Magistrate Judge Webster's September 17th, 2024, Order granting leave for Plaintiff States to enter Notices of Special Appearance in this case without association of local counsel [Doc. #9], the following attorney hereby appears on behalf of Plaintiff the State of Oregon, which is acting by and through its Attorney General Ellen Rosenblum, and requests service of all communications, pleadings, and notices affecting this action:

1

TIMOTHY D. SMITH
Senior Assistant Attorney General
Antitrust and False Claims Unit
Oregon Department of Justice
100 SW Market St
Portland, Oregon 97201
Telephone: (971) 673-3885
Email: tim.smith@doj.oregon.gov

Mr. Smith certifies he is an active member in good standing of the Oregon State Bar, and further certifies that he understands that, by entering an appearance, he submits to the disciplinary jurisdiction of the Court for any misconduct in connection with the above-captioned civil action for which he is specially appearing and that he will ensure that an attorney who is familiar with the case and has authority to control the litigation will be at all conferences, hearings, trials, and other proceedings.

This is the 17th day of September, 2024.

Respectfully submitted,

FOR PLAINTIFF STATE OF OREGON

ELLEN F. ROSENBLUM
Attorney General of Oregon

/s/Timothy D. Smith
TIMOTHY D. SMITH, OSB No. 914374
Senior Assistant Attorney General
Antitrust and False Claims Unit
Oregon Department of Justice
100 SW Market St.
Portland, OR 97201
Telephone: (971) 673-3885
Email: tim.smith@doj.oregon.gov