UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF NORTH CAROLINA, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF CONNECTICUT STATE OF MINNESOTA, STATE OF OREGON, STATE OF TENNNESSEE, and STATE OF WASHINGTON, <br><br> Plaintiffs, <br><br> v. <br><br> REALPAGE, INC., <br><br> Defendant. | Case No. 1:24-cv-00710-LCB-JLW <br><br> **NOTICE OF SPECIAL APPEARANCE OF COUNSEL** |

Pursuant to Local Civil Rule 83.1(d), and Magistrate Judge Webster's September 17th, 2024, Order granting leave for Plaintiff States to enter Notices of Special Appearance in this case without association of local counsel [Doc. #9], the following attorney hereby appears on behalf of Plaintiff the State of California, which is acting by and through its Attorney General Rob Bonta, and requests service of all communications, pleadings, and notices affecting this action:

>DOAN-PHUONG (PAMELA) PHAM
>California Bar No. 235493
>Deputy Attorney General
>Office of the Attorney General
>California Department of Justice
>300 South Spring Street, Suite 1702
>Los Angeles, CA 90013
>Telephone: (213) 269-6000
>Email: Pamela.Pham@doj.ca.gov

1

Ms. Pham certifies she is an active member in good standing of the California State Bar, and further certifies that she understands that, by entering an appearance, she submits to the disciplinary jurisdiction of the Court for any misconduct in connection with the above-captioned civil action for which she is specially appearing and that she will ensure that an attorney who is familiar with the case and has authority to control the litigation will be at all conferences, hearings, trials, and other proceedings.

This is the 17th day of September, 2024.

>Respectfully submitted,
>
>FOR PLAINTIFF STATE OF CALIFORNIA
>
>ROB BONTA
>Attorney General of California
>
>  */s/ Doan-Phuong (Pamela) Pham*
>DOAN-PHUONG (PAMELA) PHAM
>California Bar No. 235493
>Deputy Attorney General
>California Department of Justice
>300 South Spring Street, Suite 1702
>Los Angeles, CA 90013
>Telephone: (213) 269-6000
>Email: Pamela.Pham@doj.ca.gov
>
>*Attorney for Plaintiff State of California*
>*Appearing pursuant to LR 83.1*

# CERTIFICATE OF SERVICE

I, Doan-Phuong (Pamela) Pham, hereby certify that on September 17, 2024, I electronically filed the foregoing NOTICE OF SPECIAL APPEARANCE with the Clerk of the Court using the CM/ECF system, and have verified that such filing was sent electronically using the CM/ECF system to all parties who have appeared with an email address of record.

    */s/ Doan-Phuong (Pamela) Pham*
DOAN-PHUONG (PAMELA) PHAM
California Bar No. 235493
Deputy Attorney General
California Department of Justice
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
Telephone: (213) 269-6000
Email: Pamela.Pham@doj.ca.gov