IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF NORTH CAROLINA, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF CONNECTICUT, STATE OF MINNESOTA, STATE OF OREGON, STATE OF TENNESSEE, and STATE OF WASHINGTON, <br><br> *Plaintiffs*, <br><br> v. <br><br> REALPAGE, INC., <br><br> *Defendant*. | NO. 1:24-cv-00710 <br><br> NOTICE OF SPECIAL APPEARANCE |

TO: ALL COUNSEL OF RECORD;

AND TO: CLERK OF THE COURT.

PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 83.1(d) and Magistrate Judge Webster's September 17, 2024 Order granting leave for Plaintiff States to enter Notices of Special Appearance in this case without association of local counsel (Dkt. #9), BRIAN H. ROWE, Assistant Attorney General, hereby enters his Notice of Special Appearance on behalf of Plaintiff State of Washington in the above-entitled action, and requests that notice of any and all further proceedings in said action, except original process, be served upon the undersigned attorney at the address below stated.

1

BRIAN H. ROWE certifies he is an active member in good standing of the Washington State Bar and further certifies he understands that, by entering an appearance, he submits to the disciplinary jurisdiction of the Court for any misconduct in connection with the above-entitled civil action for which he is specially appearing and that he will ensure that an attorney who is familiar with the case and has authority to control the litigation will be at all conferences, hearings, trials, and other proceedings.

DATED this 19th day of September 2024.

ROBERT W. FERGUSON
Attorney General

*/s/ Brian H. Rowe*
BRIAN H. ROWE, WSBA #56817
Assistant Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744
brian.rowe@atg.wa.gov

*Counsel for State of Washington*

# CERTIFICATE OF SERVICE

I hereby declare that on this day I caused the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF system, which will serve a copy of this document upon all counsel of record.

I declare under penalty of perjury under the laws of the State of North Carolina and the United States of America that the foregoing is true and correct.

DATED this 19th day of September 2024 at Seattle, Washington.

*/s/ Brian H. Rowe*
BRIAN H. ROWE, WSBA #56817
Assistant Attorney General

3

Case 1:24-cv-00710-LCB-JLW    Document 12    Filed 09/19/24    Page 3 of 3