IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA,
STATE OF NORTH CAROLINA,
STATE OF CALIFORNIA, STATE OF
COLORADO, STATE OF
CONNECTICUT, STATE OF
MINNESOTA, STATE OF OREGON,
STATE OF TENNESSEE, and STATE
OF WASHINGTON,

          *Plaintiffs*,

  v.

REALPAGE, INC.,

          *Defendant*.

NO. 1:24-cv-00710

NOTICE OF SPECIAL
APPEARANCE

TO:      ALL COUNSEL OF RECORD;

AND TO:    CLERK OF THE COURT.

PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 83.1(d) and Magistrate

Judge Webster's September 17, 2024 Order granting leave for Plaintiff States to enter

Notices of Special Appearance in this case without association of local counsel (Dkt. #9),

KENDALL SCOTT COWLES, Assistant Attorney General, hereby enters her Notice of

Special Appearance on behalf of Plaintiff State of Washington in the above-entitled action,

and requests that notice of any and all further proceedings in said action, except original

process, be served upon the undersigned attorney at the address below stated.

1

KENDALL SCOTT COWLES certifies she is an active member in good standing of the Washington State Bar and further certifies she understands that, by entering an appearance, she submits to the disciplinary jurisdiction of the Court for any misconduct in connection with the above-entitled civil action for which she is specially appearing and that she will ensure that an attorney who is familiar with the case and has authority to control the litigation will be at all conferences, hearings, trials, and other proceedings.

DATED this 19th day of September 2024.

ROBERT W. FERGUSON
Attorney General

*/s/ Kendall Scott Cowles*
KENDALL SCOTT COWLES,
WSBA #57919
Assistant Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744
kendall.scottcowles@atg.wa.gov

*Counsel for State of Washington*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby declare that on this day I caused the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF system, which will serve a copy of this document upon all counsel of record.

I declare under penalty of perjury under the laws of the State of North Carolina and the United States of America that the foregoing is true and correct.

DATED this 19th day of September 2024 at Seattle, Washington.

*/s/ Kendall Scott Cowles*
KENDALL SCOTT COWLES,
WSBA #57919
Assistant Attorney General