IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:24-cv-00710-LCB-JLW

| | |
|---|---|
| UNITED STATES OF AMERICA; STATE OF NORTH CAROLINA; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF MINNESOTA; STATE OF OREGON; STATE OF TENNESSEE; and STATE OF WASHINGTON, <br><br> Plaintiffs, <br><br> v. <br><br> REALPAGE, INC., <br><br> Defendant. | <u>**NOTICE OF APPEARANCE FOR ADAM K. DOERR**</u> |

Adam K. Doerr, of the law firm of Robinson, Bradshaw & Hinson, P.A. hereby provides notice to the Court and all parties that he will appear as counsel on behalf of Defendant RealPage Inc. in the above-referenced case. All future notices, documents or request for information should be directed to Mr. Doerr as the address below.

This 23rd day of September, 2024.

/s/ Adam K. Doerr
Adam K. Doerr
N.C. Bar No. 37807
adoerr@robinsonbradshaw.com
ROBINSON, BRADSHAW & HINSON, P.A.
101 N. Tryon St., Suite 1900
Charlotte, North Carolina 28246
Telephone: 704.377.8114
Facsimile: 704.378.4000

Attorneys for Defendant RealPage, Inc.