IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:24-cv-00710-LCB-JLW

| | |
|---|---|
| UNITED STATES OF AMERICA; STATE OF NORTH CAROLINA; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF MINNESOTA; STATE OF OREGON; STATE OF TENNESSEE; and STATE OF WASHINGTON,<br><br>    Plaintiffs,<br><br>    v.<br><br>REALPAGE, INC.,<br><br>    Defendant. | **NOTICE OF SPECIAL APPEARANCE** |

Please take notice that the undersigned Jay P. Srinivasan hereby enters a notice of special appearance as attorney for Defendant RealPage, Inc. in the above-captioned matter, in association with Adam K. Doerr, a member of the bar of this Court.

This 23rd day of September, 2024.

                                                      /s/ Jay P. Srinivasan

Jay P. Srinivasan
C.A. Bar No. 181471
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7296
Email: jsrinivasan@gibsondunn.com

/s/ Adam K. Doerr
Adam K. Doerr
N.C. Bar No. 37807
adoerr@robinsonbradshaw.com
ROBINSON, BRADSHAW & HINSON, P.A.
101 N. Tryon St., Suite 1900
Charlotte, North Carolina 28246
Telephone: 704.377.8114
Facsimile: 704.378.4000

*Attorneys for Defendant RealPage Inc.*