IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:24-cv-00710-LCB-JLW

| | |
|---|---|
| UNITED STATES OF AMERICA; STATE OF NORTH CAROLINA; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF MINNESOTA; STATE OF OREGON; STATE OF TENNESSEE; and STATE OF WASHINGTON, <br><br> Plaintiffs, <br><br> v. <br><br> REALPAGE, INC., <br><br> Defendant. | **NOTICE OF SPECIAL APPEARANCE** |

Please take notice that the undersigned Stephen Weissman hereby enters a notice of special appearance as attorney for Defendant RealPage, Inc. in the above-captioned matter, in association with Adam K. Doerr, a member of the bar of this Court.

This 23rd day of September, 2024.

/s/ Stephen Weissman
Stephen Weissman

D.C. Bar No. 451063
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, NW
Washington, DC 20036-4504
Telephone: (202) 955-8678
Email: sweissman@gibsondunn.com

/s/ Adam K. Doerr
Adam K. Doerr
N.C. Bar No. 37807
adoerr@robinsonbradshaw.com
ROBINSON, BRADSHAW & HINSON, P.A.
101 N. Tryon St., Suite 1900
Charlotte, North Carolina 28246
Telephone: 704.377.8114
Facsimile: 704.378.4000

*Attorneys for Defendant RealPage, Inc.*

2