UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>STATE OF NORTH CAROLINA,<br>STATE OF CALIFORNIA,<br>STATE OF COLORADO,<br>STATE OF CONNECTICUT<br>STATE OF MINNESOTA,<br>STATE OF OREGON,<br>STATE OF TENNNESSEE, and<br>STATE OF WASHINGTON,<br><br>    Plaintiffs,<br><br>    v.<br><br>REALPAGE, INC.,<br><br>    Defendant. | Case No. 1:24-cv-00710-LCB-JLW<br><br>**NOTICE OF SPECIAL APPEARANCE OF COUNSEL** |

Pursuant to Local Civil Rule 83.1(d), and Magistrate Judge Webster's September 17th, 2024, Order granting leave for Plaintiff States to enter Notices of Special Appearance in this case without association of local counsel [Doc. #9], the following attorney hereby appears on behalf of Plaintiff the State of California, which is acting by and through its Attorney General Rob Bonta, and requests service of all communications, pleadings, and notices affecting this action:

    Quyen D. Toland
    California Bar No. 195429
    Deputy Attorney General
    Office of the Attorney General
    California Department of Justice
    455 Golden Gate Avenue, Suite 11000
    San Francisco, CA 94102
    Telephone: (415) 510-4400
    Email: Quyen.Toland@doj.ca.gov

1

Ms. Toland certifies she is an active member in good standing of the California State Bar, and further certifies that she understands that, by entering an appearance, she submits to the disciplinary jurisdiction of the Court for any misconduct in connection with the above-captioned civil action for which she is specially appearing and that she will ensure that an attorney who is familiar with the case and has authority to control the litigation will be at all conferences, hearings, trials, and other proceedings.

This is the 24th day of September, 2024.

> Respectfully submitted,
>
> FOR PLAINTIFF STATE OF CALIFORNIA
>
> ROB BONTA
> Attorney General of California
>
> /s/ Quyen D. Toland
> QUYEN D. TOLAND
> California Bar No. 195429
> Deputy Attorney General
> California Department of Justice
> 455 Golden Gate Avenue, Suite 11000
> San Francisco, CA 94102
> Telephone: (415) 510-4400
> Email: Quyen.Toland@doj.ca.gov
>
> *Attorney for Plaintiff State of California*
> *Appearing pursuant to LR 83.1*

# CERTIFICATE OF SERVICE

I, Quyen D. Toland, hereby certify that on September 24, 2024, I electronically filed the foregoing NOTICE OF SPECIAL APPEARANCE with the Clerk of the Court using the CM/ECF system, and have verified that such filing was sent electronically using the CM/ECF system to all parties who have appeared with an email address of record.

                                               */s/ Quyen D. Toland*
                                              QUYEN D. TOLAND
                                              California Bar No. 195429
                                              Deputy Attorney General
                                              California Department of Justice
                                              455 Golden Gate Avenue, Suite 11000
                                              San Francisco, CA 94102
                                              Telephone: (415) 510-4400
                                              Email: Quyen.Toland@doj.ca.gov