IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>STATE OF NORTH CAROLINA,<br>STATE OF CALIFORNIA,<br>STATE OF COLORADO,<br>STATE OF CONNECTICUT<br>STATE OF MINNESOTA,<br>STATE OF OREGON,<br>STATE OF TENNESSEE, and<br>STATE OF WASHINGTON,<br><br>      Plaintiffs,<br><br>  v.<br><br>REALPAGE, INC.,<br><br>      Defendant. | Case No. 1:24-cv-00710-LCB-JLW |

## **NOTICE OF SPECIAL APPEARANCE**

Pursuant to Local Civil Rule 83.1(d) and Magistrate Judge Webster's September 17th, 2024, Order granting leave for Plaintiff States to enter Notices of Special Appearance in this case without association of local counsel [Doc. #9], the following attorney hereby appears on behalf of Plaintiff the State of Connecticut, which is acting by and through its Attorney General William Tong, and requests service of all communications, pleadings, and notices affecting this action:

JULIÁN A. QUIÑONES REYES
Assistant Attorney General
Office of the Connecticut Attorney General
165 Capitol Avenue
Hartford, CT 06106
Telephone: (860) 808-5030
Email: julian.quinones@ct.gov

Mr. Quiñones certifies he is an active member in good standing of the Connecticut State Bar and further certifies that he understands that, by entering an appearance, he submits to the disciplinary jurisdiction of the Court for any misconduct in connection with the above-captioned civil action for which he is specially appearing and that he will ensure that an attorney who is familiar with the case and has authority to control the litigation will be at all conferences, hearings, trials, and other proceedings.

DATED this 26th day of September 2024.

Respectfully submitted,

FOR PLAINTIFF STATE OF CONNECTICUT

WILLIAM TONG
Attorney General of Connecticut

*/s/ Julián A. Quiñones Reyes*
JULIÁN A. QUIÑONES REYES
Connecticut Bar No. 445165
Assistant Attorney General
Office of the Connecticut Attorney General
165 Capitol Avenue
Hartford, CT 06106
Telephone: (860) 808-5030
Email: julian.quinones@ct.gov