IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No.: 1:24-cv-00710-LCB-JLW

| | |
|---|---|
| UNITED STATES OF AMERICA; STATE OF NORTH CAROLINA; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF MINNESOTA; STATE OF OREGON; STATE OF TENNESSEE; and STATE OF WASHINGTON,<br><br>    Plaintiffs,<br><br>    v.<br><br>REALPAGE, INC.,<br><br>    Defendant. | **DEFENDANT REALPAGE, INC.'S MOTION TO TRANSFER UNDER 28 U.S.C. § 1404(a)** |

    Defendant RealPage, Inc. moves this Court for an order transferring this action to the United States District Court for the Middle District of Tennessee pursuant to 28 U.S.C. § 1404(a) or, in the alternative, to the Northern District of Texas.

    As shown in RealPage's supporting memorandum, this action should be transferred to the Middle District of Tennessee, which is handling earlier-filed, private litigation very closely related to the legal claims and factual allegations in Plaintiffs' Complaint, and where the U.S. Department of Justice has already appeared and argued. Transferring this

1

action to the Middle District of Tennessee would avoid the risk of inconsistent judgments; reduce burdens on the parties, non-parties, and witnesses; and save time, energy, and costs.

In the alternative, this action should be transferred to the Northern District of Texas, where RealPage and many third parties and likely witnesses are located and where the software at issue was developed, and which has a less congested docket than the Middle District of North Carolina.

WHEREFORE, RealPage respectfully asks that the Court grant its motion to transfer venue under 28 U.S.C. § 1404(a).

This 26th day of September, 2024.

/s/ Adam K. Doerr
Adam K. Doerr
N.C. Bar No. 37807
adoerr@robinsonbradshaw.com

ROBINSON, BRADSHAW & HINSON, P.A.
101 N. Tryon St., Ste. 1900
Charlotte, North Carolina 28246
Telephone: 704.377.2536
Facsimile: 704.378.4000

Jay P. Srinivasan
(*LR 83.1(d) Counsel*)
jsrinivasan@gibsondunn.com
Daniel G. Swanson
(*LR 83.1(d) Counsel*)
dswanson@gibsondunn.com

GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7000

Stephen Weissman
(*LR 83.1(d) Counsel*)
sweissman@gibsondunn.com
Michael J. Perry
(*LR 83.1(d) Counsel*)
mjperry@gibsondunn.com

GIBSON, DUNN & CRUTCHER LLP
1700 M Street, NW
Washington, DC 20036-4504
Telephone: (202) 955-8500

S. Christopher Whittaker
(*LR 83.1(d) Counsel*)
cwhittaker@gibsondunn.com

GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive, Suite 1200
Irvine, CA 92612-4412
Telephone: (949) 451-4337

Ben A. Sherwood
(*LR 83.1(d) Counsel*)
bsherwood@gibsondunn.com

GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: (212) 351-2671

*Attorneys for Defendant RealPage, Inc.*