IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No.: 1:24-cv-00710-LCB-JLW

| | |
|---|---|
| UNITED STATES OF AMERICA; STATE OF NORTH CAROLINA; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF MINNESOTA; STATE OF OREGON; STATE OF TENNESSEE; and STATE OF WASHINGTON, <br><br> Plaintiffs, <br><br> v. <br><br> REALPAGE, INC., <br><br> Defendant. | **[PROPOSED] ORDER GRANTING DEFENDANT REALPAGE, INC.'S MOTION TO TRANSFER UNDER 28 U.S.C. § 1404(a)** |

Upon Defendant RealPage, Inc.'s Motion to Transfer under 28 U.S.C. § 1404(a), and for good cause shown,

**IT IS ORDERED, ADJUDGED, AND DECREED** that this action be transferred to the United States District Court for the Middle District of Tennessee pursuant to 28 U.S.C. § 1404(a). The Clerk shall take all necessary steps to effectuate the transfer.

This ___ day of _____, 2024.

1

**[ALTERNATIVELY] IT IS ORDERED, ADJUDGED, AND DECREED** that this action be transferred to the United States District Court for the Northern District of Texas pursuant to 28 U.S.C. § 1404(a). The Clerk shall take all necessary steps to effectuate the transfer.

This ___ day of _____, 2024.

                                                                          _____
                                                                          United States District Judge

- 2 -

Case 1:24-cv-00710-LCB-JLW   Document 26-1   Filed 09/26/24   Page 2 of 2