# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA,
STATE OF NORTH CAROLINA,
STATE OF CALIFORNIA,
STATE OF COLORADO,
STATE OF CONNECTICUT
STATE OF MINNESOTA,
STATE OF OREGON,
STATE OF TENNNESSEE, and
STATE OF WASHINGTON,

       Plaintiffs,

   v.

REALPAGE, INC.,

       Defendant.

Case No. 1:24-cv-00710-LCB-JLW

**NOTICE OF SPECIAL APPEARANCE OF COUNSEL**

Pursuant to Local Civil Rule 83.1(d), and Magistrate Judge Webster's September 17th, 2024, Order granting leave for Plaintiff States to enter Notices of Special Appearance in this case without association of local counsel [Doc. #9], the following attorney hereby appears on behalf of Plaintiff the State of Minnesota, which is acting by and through its Attorney General Keith Ellison, and requests service of all communications, pleadings, and notices affecting this action:

1

Katherine Moerke
Assistant Attorney General
Office of the Minnesota Attorney General
445 Minnesota Street, Suite 600
St. Paul, Minnesota 55101
Telephone: (651) 757-1288
Email: katherine.moerke@ag.state.mn.us

Ms. Moerke certifies she is an active member in good standing of the Minnesota State Bar, and further certifies that she understands that, by entering an appearance, she submits to the disciplinary jurisdiction of the Court for any misconduct in connection with the above-captioned civil action for which she is specially appearing and that she will ensure that an attorney who is familiar with the case and has authority to control the litigation will be at all conferences, hearings, trials, and other proceedings.

This is the 30th day of September, 2024.

Respectfully submitted,

FOR PLAINTIFF STATE OF MINNESOTA

KEITH ELLISON
Attorney General of Minnesota

/s/Katherine A. Moerke
KATHERINE A. MOERKE, No. 0312277
Assistant Attorney General
Office of the Minnesota Attorney General
445 Minnesota Street, Suite 600
St. Paul, MN 55101
Telephone: (651) 757-1288
Email: katherine.moerke@ag.state.mn.us

2