# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF NORTH CAROLINA, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF CONNECTICUT, STATE OF MINNESOTA, STATE OF OREGON, STATE OF TENNESSEE, and STATE OF WASHINGTON,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>REALPAGE, INC.,<br><br>　　　　Defendant. | Case No. 1:24-cv-00710-LCB-JLW<br><br>**NOTICE OF SPECIAL APPEARANCE OF COUNSEL** |

　　　　Pursuant to Local Civil Rule 83.1(d), and Magistrate Judge Webster's September 17th, 2024, Order granting leave for Plaintiff States to enter Notices of Special Appearance in this case without association of local counsel [Doc. #9], the following attorney hereby appears on behalf of Plaintiff the State of Tennessee, which is acting by and through its Attorney General Jonathan Skrmetti, and requests service of all communications, pleadings, and notices affecting this action:

DANIEL LYNCH
Assistant Attorney General
Consumer Protection Division
Tennessee Attorney General's Office
UBS Tower, 20th Floor
315 Deaderick Street
Nashville, TN 37243
Telephone: (615) 532-5732
Email: daniel.lynch@ag.tn.gov

Mr. Lynch certifies he is an active member in good standing of the Tennessee State Bar, and further certifies that he understands that, by entering an appearance, he submits to the disciplinary jurisdiction of the Court for any misconduct in connection with the above-captioned civil action for which he is specially appearing and that he will ensure that an attorney who is familiar with the case and has authority to control the litigation will be at all conferences, hearings, trials, and other proceedings.

This is the 2nd day of October, 2024.

Respectfully submitted,

FOR PLAINTIFF STATE OF TENNESSEE

JONATHAN SKRMETTI
Attorney General of Tennessee

/s/Daniel Lynch_____
DANIEL LYNCH, TN BPR #041933
Assistant Attorney General
Consumer Protection Division
Tennessee Attorney General's Office
UBS Tower, 20th Floor
315 Deaderick Street
Nashville, TN 37243
Telephone: (615) 532-5732
Email: daniel.lynch@ag.tn.gov