# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
### Civil Action No.: 1:24-cv-00710-LCB-JLW

|  |  |
|---|---|
| **UNITED STATES OF AMERICA; STATE OF NORTH CAROLINA; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF MINNESOTA; STATE OF OREGON; STATE OF TENNESSEE; and STATE OF WASHINGTON,** | |
| **Plaintiffs,** | **UNOPPOSED MOTION TO EXTEND WORD LIMIT FOR MOTION TO DISMISS BRIEFS** |
| **v.** | |
| **REALPAGE, INC.,** | |
| **Defendant.** | |

Pursuant to Local Rule 7.3(d)(1), Defendant RealPage, Inc. ("RealPage"), through its undersigned counsel, respectfully moves for permission to file an overlength brief in support of its forthcoming motion to dismiss Plaintiffs' complaint. In support of this motion, RealPage respectfully submits as follows:

1. On August 23, 2024, Plaintiffs filed the complaint (Dkt. 1).

2. Counsel for RealPage executed a Waiver of the Service of Summons on August 23, 2024 (Dkt. 2), and its deadline to answer or otherwise respond to the

complaint is currently October 22, 2024.

3.      The Parties conferred on September 27, 2024 and October 3, 2024. Plaintiffs take no position on RealPage's request for an extended word count.

4.      Consistent with Local Rule 7.3(d), RealPage now seeks the Court's prior permission to file an overlength brief in support of its motion to dismiss of 10,000 words or less.

5.       Good cause exists for this Court to permit RealPage to exceed the 6,250-word limit for motions filed in this District. The complaint contains 253 paragraphs, is 115 pages long, and asserts distinct theories of liability under various federal antitrust statutes.  RealPage respectfully submits that the Court would benefit from more fulsome briefing on the complex legal and factual issues in the complaint. Counsel respectfully submits that an extension of the word count limit to 10,000 words would be appropriate under the circumstances, with corresponding extensions for the response and reply briefs.

WHEREFORE, RealPage respectfully moves to extend the word limitations applicable to the briefing on RealPage's motion to dismiss as follows:

1.      10,000 words for RealPage's brief in support of its motion to dismiss;

2.      10,000 words for Plaintiffs' response to RealPage's motion to dismiss; and

3.      5,000 words for RealPage's reply in support of its motion to dismiss.

Respectfully submitted this 4th day of October, 2024.

/s/ Adam K. Doerr

Adam K. Doerr
N.C. Bar No. 37807
adoerr@robinsonbradshaw.com

ROBINSON, BRADSHAW & HINSON, P.A.
101 N. Tryon St., Ste. 1900
Charlotte, North Carolina 28246
Telephone:  704.377.2536
Facsimile:  704.378.4000

Jay P. Srinivasan
(*LR 83.1(d) Counsel*)
jsrinivasan@gibsondunn.com
Daniel G. Swanson
(*LR 83.1(d) Counsel*)
dswanson@gibsondunn.com

GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone: (213) 229-7000

Stephen Weissman
(*LR 83.1(d) Counsel*)
sweissman@gibsondunn.com
Michael J. Perry
(*LR 83.1(d) Counsel*)
mjperry@gibsondunn.com

GIBSON, DUNN & CRUTCHER LLP
1700 M Street, NW
Washington, DC  20036-4504
Telephone: (202) 955-8500

S. Christopher Whittaker
(*LR 83.1(d) Counsel*)
cwhittaker@gibsondunn.com

Case 1:24-cv-00710-LCB-JLR   Document 34   Filed 10/04/24   Page 3 of 4

GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive, Suite 1200
Irvine, CA 92612-4412
Telephone: (949) 451-4337

Ben A. Sherwood
(*LR 83.1(d) Counsel*)
bsherwood@gibsondunn.com

GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: (212) 351-2671

*Attorneys for Defendant RealPage, Inc.*