IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No.: 1:24-cv-00710-LCB-JLW

| | |
|---|---|
| UNITED STATES OF AMERICA; STATE OF NORTH CAROLINA; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF MINNESOTA; STATE OF OREGON; STATE OF TENNESSEE; and STATE OF WASHINGTON, <br><br> Plaintiffs, <br><br> v. <br><br> REALPAGE, INC., <br><br> Defendant. | **[PROPOSED] ORDER GRANTING CONSENT MOTION TO EXTEND WORD LIMIT FOR MOTION TO DISMISS BRIEFS** |

Upon Defendant RealPage, Inc.'s ("RealPage") Consent Motion to Extend Word Limit for Motion to Dismiss Briefs, and for good cause shown,

**IT IS ORDERED** that:

1. The word limitation for RealPage's brief in support of its motion to dismiss shall be extended to 10,000 words;

2. The word limitation for Plaintiffs' response to RealPage's motion to dismiss shall be extended to 10,000 words; and

3. The word limitation for RealPage's reply in support of its motion to dismiss shall be extended to 5,000 words.

This ___ day of _____, 2024.

                                                                    _____
                                                                    United States District Judge