# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>STATE OF NORTH CAROLINA,<br>STATE OF CALIFORNIA,<br>STATE OF COLORADO,<br>STATE OF CONNECTICUT<br>STATE OF MINNESOTA,<br>STATE OF OREGON,<br>STATE OF TENNNESSEE, and<br>STATE OF WASHINGTON,<br><br>      Plaintiffs,<br><br>  v.<br><br>REALPAGE, INC.,<br><br>      Defendant. | Case No. 1:24-cv-00710-LCB-JLW<br><br>**NOTICE OF SPECIAL APPEARANCE OF COUNSEL** |

    Pursuant to Local Civil Rule 83.1(d), and Magistrate Judge Webster's September 17th, 2024, Order granting leave for Plaintiff States to enter Notices of Special Appearance in this case without association of local counsel [Doc. #9], the following attorney hereby appears on behalf of Plaintiff the State of Colorado, which is acting by and through its Attorney General Phillip J. Weiser, and requests service of all communications, pleadings, and notices affecting this action:

BRYN WILLIAMS
First Assistant Attorney General
Colorado Department of Law
1300 Broadway, 7th Floor
Denver, CO 80203
Telephone: (720) 508-6000
Email: Bryn.Williams@coag.gov

Dr. Williams certifies he is an active member in good standing of the Colorado State Bar, and further certifies that he understands that, by entering an appearance, he submits to the disciplinary jurisdiction of the Court for any misconduct in connection with the above-captioned civil action for which he is specially appearing and that he will ensure that an attorney who is familiar with the case and has authority to control the litigation will be at all conferences, hearings, trials, and other proceedings.

This is the 4th day of October, 2024.

Respectfully submitted,

FOR PLAINTIFF STATE OF Colorado

PHILIP J. WEISER
Attorney General

/s/Bryn Williams
BRYN A. WILLIAMS: #
First Assistant Attorney General
Colorado Department of Law
1300 Broadway, 7th Floor
Denver, CO 80203
Telephone: (720) 508-6000
Email: Bryn.Williams@coag.gov