IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No.: 1:24-cv-00710-LCB-JLW

| | |
|---|---|
| UNITED STATES OF AMERICA; STATE OF NORTH CAROLINA; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF MINNESOTA; STATE OF OREGON; STATE OF TENNESSEE; and STATE OF WASHINGTON, <br><br> Plaintiffs, <br><br> v. <br><br> REALPAGE, INC., <br><br> Defendant. | **CONSENT MOTION FOR EXTENSION OF TIME FOR REALPAGE TO RESPOND TO COMPLAINT** |

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 6.1(a), Defendant RealPage, Inc. moves the Court to extend RealPage's deadline to answer or otherwise respond to Plaintiffs' Complaint, up to and including November 19, 2024.

1. Plaintiffs filed the Complaint on August 23, 2024 (Dkt. 1), and RealPage agreed to waive service of summons (Dkt. 2).

2. The current deadline for RealPage to answer or otherwise respond to the Complaint is October 22, 2024. The time for RealPage to respond to the

Complaint has not yet expired, and RealPage has not previously sought an extension of time to respond.

3. RealPage requests that the Court extend this deadline to provide the Court additional time to consider RealPage's Motion to Transfer Under 28 U.S.C. § 1404(a), Dkt. 26, before it must respond to the Complaint. Plaintiffs consent to this request.

4. Therefore, RealPage requests an extension of twenty-eight (28) days, up to and including November 19, 2024, for it to answer or otherwise respond to the Complaint.

WHEREFORE, with Plaintiffs' consent, RealPage requests an extension of time, up to and including November 19, 2024, for RealPage to answer or otherwise respond to Plaintiffs' Complaint.

Respectfully submitted this 10th day of October, 2024.

| | |
|---|---|
| Stephen Weissman<br>(*LR 83.1(d) Counsel*)<br>sweissman@gibsondunn.com<br><br>Michael J. Perry<br>(*LR 83.1(d) Counsel*)<br>mjperry@gibsondunn.com<br><br>GIBSON, DUNN & CRUTCHER LLP<br>Washington, DC 20036-4504<br>1700 M Street, NW<br>Telephone: (202) 955-8500 | /s/ Adam K. Doerr<br>Adam K. Doerr<br>N.C. Bar No. 37807<br>adoerr@robinsonbradshaw.com<br><br>Caroline H. Reinwald<br>N.C. Bar No. 58053<br>creinwald@robinsonbradshaw.com<br><br>ROBINSON, BRADSHAW & HINSON, P.A.<br>101 N. Tryon St., Ste. 1900<br>Charlotte, North Carolina 28246<br>Telephone: 704.377.2536 |

| | |
|---|---|
| S. Christopher Whittaker<br>(*LR 83.1(d) Counsel*)<br>cwhittaker@gibsondunn.com<br><br>GIBSON, DUNN &<br>CRUTCHER LLP<br>3161 Michelson Drive, Suite 1200<br>Irvine, CA  92612-4412<br>Telephone: (949) 451-4337 | Ben A. Sherwood<br>(*LR 83.1(d) Counsel*)<br>bsherwood@gibsondunn.com<br><br>GIBSON, DUNN &<br>CRUTCHER LLP<br>200 Park Avenue<br>New York, NY  10166-0193<br>Telephone: (212) 351-2671 |

*Attorneys for Defendant RealPage, Inc.*