IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No.: 1:24-cv-00710-LCB-JLW

| | |
|---|---|
| UNITED STATES OF AMERICA; STATE OF NORTH CAROLINA; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF MINNESOTA; STATE OF OREGON; STATE OF TENNESSEE; and STATE OF WASHINGTON,<br><br>Plaintiffs,<br><br>v.<br><br>REALPAGE, INC.,<br><br>Defendant. | **[PROPOSED] ORDER GRANTING CONSENT MOTION FOR EXTENSION OF TIME FOR REALPAGE TO RESPOND TO COMPLAINT** |

Upon RealPage's Consent Motion for Extension of Time for RealPage to Respond to Complaint, and for good cause shown,

**IT IS ORDERED** that:

1. The deadline for RealPage, Inc., to answer or otherwise respond to Plaintiffs' Complaint is extended up to and including November 19, 2024.

This \_\_\_ day of _____, 2024.

_____
United States District Judge