IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:24-cv-00710-LCB-JLW

| | |
|---|---|
| UNITED STATES OF AMERICA; STATE OF NORTH CAROLINA; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF MINNESOTA; STATE OF OREGON; STATE OF TENNESSEE; and STATE OF WASHINGTON,<br><br>    Plaintiffs,<br><br>v.<br><br>REALPAGE, INC.,<br><br>    Defendant. | <u>**NOTICE OF APPEARANCE OF CAROLINE H. REINWALD**</u> |

    Caroline H. Reinwald, of the law firm of Robinson, Bradshaw & Hinson, P.A. hereby provides notice to the Court and all parties that she will appear as counsel on behalf of Defendant RealPage Inc. in the above-referenced case. All future notices, documents or request for information should be directed to Ms. Reinwald at the address below.

This 10th day of October, 2024.

/s/ Caroline H. Reinwald
Caroline H. Reinwald
N.C. Bar No. 58053
creinwald@robinsonbradshaw.com

ROBINSON, BRADSHAW & HINSON, P.A.
1450 Raleigh Road, Suite 100
Chapel Hill, NC 27517
Telephone: 919.328.8824

Attorney for Defendant RealPage, Inc.

17471199