IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> REALPAGE, INC., <br><br> Defendant. | 1:24CV710 |

## ORDER

Upon Defendant RealPage, Inc.'s ("RealPage") Consent Motion to Extend Word Limit for Motion to Dismiss Briefs, (ECF No. 34), and for good cause shown,

**IT IS ORDERED** that:

1. The word limitation for RealPage's **brief** in support of its motion to dismiss **shall be extended to 8,000 words**;

2. The word limitation for Plaintiffs' **response** to RealPage's motion to dismiss **shall be extended to 8,000 words**; and

3. The word limitation for RealPage's **reply** in support of its motion to dismiss **shall be extended to 4,250 words**.

This, the 30th day of October 2024.

/s/ Loretta C. Biggs
United States District Judge