## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
### Civil Action No.: 1:24-cv-00710-LCB-JLW

| | |
|---|---|
| **UNITED STATES OF AMERICA; STATE OF NORTH CAROLINA; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF MINNESOTA; STATE OF OREGON; STATE OF TENNESSEE; and STATE OF WASHINGTON,** | |
| **Plaintiffs,** | **JOINT MOTION FOR EXTENSION OF TIME FOR MOTION TO DISMISS BRIEFING** |
| **v.** | |
| **REALPAGE, INC.,** | |
| **Defendant.** | |

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 6.1(a), Defendant RealPage, Inc. ("RealPage") and Plaintiff United States of America, with the consent of Co-Plaintiffs State of North Carolina, State of California, State of Colorado, State of Connecticut, State of Minnesota, State of Oregon, State of Tennessee, and State of Washington, acting by and through their respective Attorneys General (collectively, "Plaintiffs," and, together with RealPage, the "Parties"), respectfully move the Court to extend RealPage's deadline to answer or otherwise respond to Plaintiffs' Complaint to December

3, 2024; Plaintiff's' deadline to respond to RealPage's response, including by amendment under Federal Rule of Civil Procedure 15(a)(1)(B), to January 7, 2025; and, if RealPage moves to dismiss the Complaint, RealPage's deadline to reply to any opposition brief filed by Plaintiffs to February 4, 2025.

1. Plaintiffs filed the Complaint on August 23, 2024 (Dkt. 1), and RealPage agreed to waive service of summons (Dkt. 2).

2. With Plaintiffs' consent, RealPage moved for an extension of time on October 10, 2024. The Court granted that motion on the same day.

3. The current deadline for RealPage to answer or otherwise respond to the Complaint is November 19, 2024. Accordingly, the time for RealPage to respond to the Complaint has not yet expired.

4. The Court is currently considering RealPage's Motion to Transfer Under 28 U.S.C. § 1404(a), Dkt. 26, which was submitted to the Court on November 4, 2024.

5. To afford the Court time to consider RealPage's Motion to Transfer, the Parties respectfully request that the Court extend RealPage's deadline to answer or otherwise respond to Plaintiffs' Complaint to December 3, 2024; Plaintiff's' deadline to respond to RealPage's response, including by amendment under Federal Rule of Civil Procedure 15(a)(1)(B), to January 7, 2025; and, if RealPage moves to dismiss the Complaint, RealPage's deadline to

reply to any opposition brief filed by Plaintiffs to February 4, 2025.

6. The Parties conferred about this joint request on November 8, 13, and 15. Pursuant to the certification submitted herewith, Plaintiff United States of America has obtained the consent of the other Plaintiffs to this motion.

WHEREFORE, the Parties respectfully request that the Court extend RealPage's deadline to answer or otherwise respond to Plaintiffs' Complaint to December 3, 2024; Plaintiffs' deadline to respond to RealPage's response, including by amendment under Federal Rule of Civil Procedure 15(a)(1)(B), to January 7, 2025; and, if RealPage moves to dismiss the Complaint, RealPage's deadline to reply to any opposition brief filed by Plaintiffs to February 4, 2025.

Respectfully submitted this 15th day of November, 2024.

/s/ Henry C. Su
Henry C. Su
David A. Geiger

United States Department of Justice
Antitrust Division
450 Fifth Street, N.W., Ste. 7100
Washington, DC 20530
Telephone: (202) 307-6200
henry.su@usdoj.gov

*Attorneys for United States of America*

/s/ Adam K. Doerr
Adam K. Doerr
N.C. Bar No. 37807
adoerr@robinsonbradshaw.com

Caroline H. Reinwald
N.C. Bar No. 58053
creinwald@robinsonbradshaw.com

ROBINSON, BRADSHAW & HINSON, P.A.
101 N. Tryon St., Ste. 1900
Charlotte, North Carolina 28246

- 3 -

Telephone:  704.377.2536
Ben A. Sherwood
(*LR 83.1(d) Counsel*)
bsherwood@gibsondunn.com

GIBSON, DUNN &
CRUTCHER LLP
200 Park Avenue
New York, NY  10166-0193
Telephone: (212) 351-2671

Stephen Weissman
(*LR 83.1(d) Counsel*)
sweissman@gibsondunn.com

Michael J. Perry
(*LR 83.1(d) Counsel*)
mjperry@gibsondunn.com

GIBSON, DUNN &
CRUTCHER LLP
Washington, DC  20036-4504
1700 M Street, NW
Telephone: (202) 955-8500
S. Christopher Whittaker
(*LR 83.1(d) Counsel*)
cwhittaker@gibsondunn.com

GIBSON, DUNN &
CRUTCHER LLP
3161 Michelson Drive, Suite 1200
Irvine, CA  92612-4412
Telephone: (949) 451-4337

*Attorneys for Defendant Real Page,
Inc.*

**CERTIFICATION BY PLAINTIFF UNITED STATES OF AMERICA**

I certify that I have obtained the other Plaintiffs' consent to this motion.

 /s/ Henry C. Su
Henry C. Su

United States Department of Justice
Antitrust Division
450 Fifth Street, N.W., Ste. 7100
Washington, DC  20530
Telephone:  (202) 307-6200
henry.su@usdoj.gov

*Attorneys for United States of America*