IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No.: 1:24-cv-00710-LCB-JLW

| | |
|---|---|
| UNITED STATES OF AMERICA; STATE OF NORTH CAROLINA; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF MINNESOTA; STATE OF OREGON; STATE OF TENNESSEE; and STATE OF WASHINGTON,<br><br>Plaintiffs,<br><br>v.<br><br>REALPAGE, INC.,<br><br>Defendant. | **[PROPOSED] ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME FOR MOTION TO DISMISS BRIEFING** |

Upon the Joint Motion for Extension of Time for Motion to Dismiss Briefing, and for good cause shown,

**IT IS ORDERED** that:

1. The deadline for RealPage, Inc., to answer or otherwise respond to Plaintiffs' Complaint is extended to December 3, 2024.

2. The deadline for Plaintiffs to respond to RealPage's response,

including by amendment under Federal Rule of Civil Procedure 15(a)(1)(B), is extended to January 7, 2025.

3. If RealPage moves to dismiss the Complaint, RealPage's deadline to reply to any opposition brief filed by Plaintiffs is extended to February 4, 2025.

This ___ day of _____, 2024.

_____
United States District Judge