IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No.: 1:24-cv-00710-LCB-JLW

| | |
|---|---|
| **UNITED STATES OF AMERICA; STATE OF NORTH CAROLINA; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF MINNESOTA; STATE OF OREGON; STATE OF TENNESSEE; and STATE OF WASHINGTON,**<br><br>    Plaintiffs,<br><br>    v.<br><br>**REALPAGE, INC.,**<br><br>    Defendant. | **DEFENDANT REALPAGE, INC.'S MOTION TO DISMISS UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**<br><br>**ORAL ARGUMENT REQUESTED** |

Defendant RealPage, Inc. moves the Court to dismiss Plaintiffs' Complaint with prejudice under Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted.

As more fully set forth in RealPage's accompanying Brief in Support, the grounds for this Motion are as follows:

1. The Court should dismiss Plaintiffs' claims under Sherman Act § 1 because the Complaint fails to allege anticompetitive effects in a relevant market.

2. The Court should dismiss Plaintiffs' claims under Sherman Act § 2 because the Complaint fails to allege that RealPage has engaged in exclusionary conduct, has

actual or dangerously probable monopoly power in a relevant market, and specifically intended to monopolize a relevant market.

WHEREFORE, RealPage respectfully moves the Court to dismiss Plaintiffs' Complaint with prejudice.

Respectfully submitted this 3rd day of December, 2024.

|  |  |
|---|---|
|  | /s/ Adam K. Doerr |
| Stephen Weissman | Adam K. Doerr |
| (*LR 83.1(d) Counsel*) | N.C. Bar No. 37807 |
| sweissman@gibsondunn.com | adoerr@robinsonbradshaw.com |
|  |  |
| Michael J. Perry | Caroline H. Reinwald |
| (*LR 83.1(d) Counsel*) | N.C. Bar No. 58053 |
| mjperry@gibsondunn.com | creinwald@robinsonbradshaw.com |
|  |  |
| GIBSON, DUNN & CRUTCHER LLP | ROBINSON, BRADSHAW & HINSON, P.A. |
| Washington, DC 20036-4504 | 101 N. Tryon St., Ste. 1900 |
| 1700 M Street, NW | Charlotte, North Carolina 28246 |
| Telephone: (202) 955-8500 | Telephone: 704.377.2536 |
|  |  |
| S. Christopher Whittaker | Ben A. Sherwood |
| (*LR 83.1(d) Counsel*) | (*LR 83.1(d) Counsel*) |
| cwhittaker@gibsondunn.com | bsherwood@gibsondunn.com |
| GIBSON, DUNN & CRUTCHER LLP | GIBSON, DUNN & CRUTCHER LLP |
| 3161 Michelson Drive, Suite 1200 | 200 Park Avenue |
| Irvine, CA 92612-4412 | New York, NY 10166-0193 |
| Telephone: (949) 451-4337 | Telephone: (212) 351-2671 |

*Attorneys for Defendant RealPage, Inc.*