UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
No. 1:24-cv-710

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*<br><br>*Plaintiff,*<br><br>v.<br><br>REALPAGE, INC.,<br><br>*Defendant.* | **MOTION FOR WITHDRAWAL OF APPEARANCE** |

TO THE CLERK AND ALL PARTIES OF RECORD:

Pursuant to Local Rule 83.1(e), and with the consent of the Plaintiff State of North Carolina, the undersigned counsel respectfully moves this Court to withdraw her appearance as counsel of record in the above-captioned matter. The State of North Carolina will continue to be represented by Jessica Sutton and Kunal Choksi of the North Carolina Department of Justice, who have entered appearances in this matter.

Respectfully submitted the 27th day of December, 2024.

    STATE OF NORTH CAROLINA, *ex rel.*
    JOSHUA H. STEIN, Attorney General

    */s/ Jasmine S. McGhee*
    Jasmine S. McGhee
    Senior Deputy Attorney General
    Chief, Consumer Protection Division
    North Carolina Department of Justice
    Post Office Box 629
    Raleigh, North Carolina 27602
    Phone: (919) 716-6000
    N.C. State Bar No. 48424
    jmcghee@ncdoj.gov

## CERTIFICATE OF SERVICE

I certify that I have this day electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel and parties of record.

This the 27th day of December, 2024.

*/s/ Jasmine S. McGhee*
Jasmine S. McGhee
Senior Deputy Attorney General
