# UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF NORTH CAROLINA, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF CONNECTICUT STATE OF MINNESOTA, STATE OF OREGON, STATE OF TENNNESSEE, and STATE OF WASHINGTON, <br><br> Plaintiffs, <br><br> v. <br><br> REALPAGE, INC., <br><br> Defendants. | Case No. 1:24-cv-00710-LCB-JLW <br><br> **NOTICE OF SPECIAL APPEARANCE OF COUNSEL** |

Pursuant to Local Civil Rule 83.1(d) and Magistrate Judge Webster's September 17th, 2024 order granting leave for Plaintiff States to enter Notices of Special Appearance in this case without association of local counsel [Doc. #9], the following attorney hereby appears on behalf of Plaintiff State of Colorado, which is acting by and through its Attorney General Phillip J. Weiser, and requests service of all communications, pleadings, and notices affecting this action:

ELIZABETH W. HEREFORD
Assistant Attorney General
Office of the Colorado Attorney General
1300 Broadway, 9th Floor
Denver, CO 80203
Telephone: (720) 508-6000
Email: elizabeth.hereford@coag.gov

Ms. Hereford certifies she is an active member in good standing of the State of Colorado Bar and further certifies that she understands that, by entering an appearance, she submits to the disciplinary jurisdiction of the Court for any misconduct in connection with the above-captioned civil action for which she is specially appearing and that she will ensure that an attorney who is familiar with the case and has authority to control the litigation will be at all conferences, hearings, trials, and other proceedings.

DATED this 9th day of January, 2025.

Respectfully submitted,

FOR PLAINTIFF STATE OF COLORADO

PHILIP J. WEISER
Attorney General

/s/ *Elizabeth W. Hereford*
ELIZABETH W. HEREFORD (CO Bar No. 58252)
Assistant Attorney General
Office of the Colorado Attorney General
1300 Broadway, 9th Floor
Denver, CO 80203
Telephone: (720) 508-6000
Email: elizabeth.hereford@coag.gov

*Counsel for Plaintiff State of Colorado*

## CERTIFICATE OF SERVICE

I, Elizabeth Hereford, hereby certify that on January 9, 2025, I electronically filed the foregoing NOTICE OF SPECIAL APPEARANCE OF COUNSEL with the Clerk of the Court using the CM/ECF system, and have verified that such filing was sent electronically using the CM/ECF system to all parties who have appeared with an email address of record.

/s/ *Anna Grifa*
Anna Grifa, Paralegal