MDNC (4/3/2024)

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

United States of America, et al.     )
                                     )
          Plaintiff(s),               )
                                     )   **Case No.:** 1:24-cv-00710-LCB-JLW
v.                                   )
                                     )
RealPage, Inc., et al.               )
                                     )
          Defendant(s).              )

## DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

PLEASE COMPLETE ONLY ONE FORM FOR EACH NON-GOVERNMENTAL CORPORATION, PARTNERSHIP, TRUST, LIMITED LIABILITY COMPANY, OR OTHER SIMILAR ENTITY THAT IS A PARTY TO, OR THAT APPEARS IN, AN ACTION OR PROCEEDING IN THIS COURT. COUNSEL HAVE A CONTINUING DUTY TO UPDATE THIS INFORMATION. PLAINTIFF OR MOVING PARTY MUST SERVE THIS FORM ON THE DEFENDANT(S) OR RESPONDENT(S) WHEN INITIAL SERVICE IS MADE.

Cortland Management, LLC     who is    a Defendant,

(Name of Party)                         (Plaintiff/Moving Party or Defendant)

makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

    (  ) Yes            (**4**) No

2. Does party have any parent entities?

    (**4**) Yes         (  ) No

    If yes, identify all parent entities including grandparent, great-grandparent, etc.: _____
    CIOPS Consolidated Holdings, LLC
    Cortland Holdings, LLC

3. Does party have any subsidiary or other affiliate entities (corporate or otherwise) that might be affected by the proceeding?

    ( ) Yes     (**4**) No

If yes, identify all subsidiary or other affiliate entities (corporate or otherwise) that might be affected by the proceeding: _____

_____

4. Is 10% or more of the stock of the party owned by a publicly held corporation or other publicly held entity?

    ( ) Yes     (**4**) No

If yes, identify all such owners: _____

_____

5. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

    ( ) Yes     (**4**) No

If yes, identify entity and nature of interest: _____

_____

6. <u>In all cases</u>, pursuant to Fed.R.Civ.P.7.1(a)(2) and Local Rule 7.7(a)(2), the following is a list of all members or partners of <u>Cortland Management, LLC</u> and, in diversity cases, their states of citizenship:

    (name of LLC or LP party)

| Cortland Holdings, LLC | _____ |
|---|---|
| (name of member or partner) | (state of citizenship) |
| _____ | _____ |
| (name of member or partner) | (state of citizenship) |
| _____ | _____ |
| (name of member or partner) | (state of citizenship) |
| _____ | _____ |
| (name of member or partner) | (state of citizenship) |

Note: If there are additional members or partners, provide their names, and in diversity cases states of citizenship, on a separate page. If any of the members or partners are an LLC or LP, provide the names, and in diversity cases states of citizenship, of the members or partners on a separate page, using the same method to identify the citizenship of members or partners through any layered entities, traced back to corporations or individuals. *See Capps v. Newmark Southern Region, LLC*, No. 21-1196 (4th Cir. Nov. 16, 2022).

/s/ Christopher Derrenbacher  
(Signature)

January 16, 2025  
(Date)

3

Case 1:24-cv-00710-LCB-JLW   Document 59   Filed 01/16/25   Page 3 of 3