UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>STATE OF NORTH CAROLINA,<br>STATE OF CALIFORNIA,<br>STATE OF COLORADO,<br>STATE OF CONNECTICUT,<br>STATE OF ILLINOIS,<br>COMMONWEALTH OF<br>MASSACHUSETTS,<br>STATE OF MINNESOTA,<br>STATE OF OREGON,<br>STATE OF TENNESSEE, and<br>STATE OF WASHINGTON,<br><br>          Plaintiffs,<br>   v.<br><br>REALPAGE, INC.,<br>CAMDEN PROPERTY TRUST,<br>CORTLAND MANAGEMENT, LLC,<br>CUSHMAN & WAKEFIELD, INC.,<br>GREYSTAR REAL ESTATE<br>PARTNERS, LLC,<br>LIVCOR, LLC,<br>PINNACLE PROPERTY<br>MANAGEMENT SERVICES, LLC, and<br>WILLOW BRIDGE PROPERTY<br>COMPANY, LLC<br><br>          Defendants. | Case No. 1:24-cv-00710-LCB-JLW<br><br>**FILING AND CERTIFICATION OF COMPLIANCE UNDER 15 U.S.C. § 16(g) BY CORTLAND MANAGEMENT, LLC** |

Pursuant to Section 2(g) of the Antitrust Procedures and Penalties Act, 15 U.S.C. § 16(g), Defendant Cortland Management, LLC ("Cortland"), by its attorneys, submits the following description and certification of all written or oral communications by or on

behalf of Cortland with any officer or employee of the United States concerning or relevant to the Proposed Final Judgment filed in this action on January 7, 2025. In accordance with Section 2(g), this description excludes any communications "made by counsel of record alone with the Attorney General or the employees of the Department of Justice alone."

To the best of Cortland's knowledge, no written or oral communication took place by Cortland or on its behalf with any officer or employee of the Executive Branch of the United States concerning or relevant to the Proposed Final Judgment in this action, other than communication made by counsel of record alone with the Attorney General or the employees of the Department of Justice, such communication being excluded from the disclosure requirements of 15 U.S.C. § 16(g).

# CERTIFICATION

Cortland certifies that, with this submission, Cortland has complied with the requirements of Section 2(g), and that this submission is a true and complete description of communications by or on behalf of Cortland, known to Cortland, or that Cortland reasonably should have known, that are required to be reported pursuant to that provision.

DATE: January 16, 2025.　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　*s/ Christopher J. Derrenbacher*
　　　　　　　　　　　　　　　　Christopher J. Derrenbacher
　　　　　　　　　　　　　　　　N.C. State Bar No. 25402
　　　　　　　　　　　　　　　　LEWIS BRISBOIS BISGAARD & SMITH LLP
　　　　　　　　　　　　　　　　3600 Glenwood Avenue, Suite 350
　　　　　　　　　　　　　　　　Raleigh, North Carolina 27612
　　　　　　　　　　　　　　　　Telephone: (919) 821-4020
　　　　　　　　　　　　　　　　Email: Christopher.Derrenbacher@lewisbrisbois.com

　　　　　　　　　　　　　　　　Todd R. Seelman (*LR 83.1(d) Counsel*)
　　　　　　　　　　　　　　　　Thomas L. Dyer (*LR 83.1(d) Counsel*)
　　　　　　　　　　　　　　　　LEWIS BRISBOIS BISGAARD & SMITH LLP
　　　　　　　　　　　　　　　　Wells Fargo Center
　　　　　　　　　　　　　　　　1700 Lincoln Street, Suite 3500
　　　　　　　　　　　　　　　　Denver, Colorado 80203
　　　　　　　　　　　　　　　　Telephone: (720) 292-2002 | (720) 292-2018
　　　　　　　　　　　　　　　　Email: Todd.Seelman@lewisbrisbois.com
　　　　　　　　　　　　　　　　　　　　Thomas.Dyer@lewisbrisbois.com

　　　　　　　　　　　　　　　　James W. Attridge (*LR 83.1(d) Counsel*)
　　　　　　　　　　　　　　　　Tiffany Rider (*LR 83.1(d) Counsel*)
　　　　　　　　　　　　　　　　AXINN, VELTROP & HARKRIDER LLP
　　　　　　　　　　　　　　　　1901 L Street NW
　　　　　　　　　　　　　　　　Washington, DC 20036
　　　　　　　　　　　　　　　　Telephone: (202) 721-5404 | (202) 721-5402
　　　　　　　　　　　　　　　　Email: jattridge@axinn.com | trider@axinn.com

　　　　　　　　　　　　　　　　*Counsel for Cortland Management, LLC*