UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF NORTH CAROLINA, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF CONNECTICUT, STATE OF ILLINOIS, COMMONWEALTH OF MASSACHUSETTS, STATE OF MINNESOTA, STATE OF OREGON, STATE OF TENNESSEE, and STATE OF WASHINGTON,<br><br>    Plaintiffs,<br> v.<br><br>REALPAGE, INC., CAMDEN PROPERTY TRUST, CORTLAND MANAGEMENT, LLC, CUSHMAN & WAKEFIELD, INC., GREYSTAR REAL ESTATE PARTNERS, LLC, LIVCOR, LLC, PINNACLE PROPERTY MANAGEMENT SERVICES, LLC, and WILLOW BRIDGE PROPERTY COMPANY, LLC<br><br>    Defendants. | Case No. 1:24-cv-00710-LCB-JLW<br><br>**NOTICE OF SPECIAL APPEARANCE** |

  Please take notice that the undersigned James W. Attridge hereby enters a notice of special appearance as attorney for Defendant Cortland Management, LLC in the above-

captioned matter, in association with Local Civil Rule 83.1(d) counsel, Christopher J. Derrenbacher, a member of the bar of this Court.

I hereby certify that I will submit any document to Local Civil Rule 83.1(d) counsel for review prior to filing the document with the court.

DATE: January 16, 2025.

Respectfully submitted,

*s/ James W. Attridge*
James W. Attridge *(LR 83.1(d) Counsel)*
D.C. Bar No. 1012322
AXINN, VELTROP & HARKRIDER LLP
1901 L Street NW
Washington, DC 20036
Telephone: (202) 721-5404
Email: jattridge@axinn.com

*s/ Christopher J. Derrenbacher*
Christopher J. Derrenbacher
N.C. State Bar No. 25402
LEWIS BRISBOIS BISGAARD & SMITH LLP
3600 Glenwood Avenue, Suite 350
Raleigh, North Carolina 27612
Telephone: (919) 821-4020
Email: Christopher.Derrenbacher@lewisbrisbois.com

*Counsel for Cortland Management, LLC*