UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>STATE OF NORTH CAROLINA,<br>STATE OF CALIFORNIA<br>STATE OF COLORADO,<br>STATE OF CONNECTICUT,<br>STATE OF ILLINOIS,<br>COMMONWEALTH OF<br>MASSACHUSETTS,<br>STATE OF MINNESOTA,<br>STATE OF OREGON,<br>STATE OF TENNESSEE, and<br>STATE OF WASHINGTON,<br><br>          Plaintiffs,<br><br>    v.<br><br>REALPAGE, INC.,<br>CAMDEN PROPERTY TRUST,<br>CORTLAND MANAGEMENT, LLC,<br>CUSHMAN & WAKEFIELD, INC.,<br>GREYSTAR REAL ESTATE PARTNERS,<br>LLC,<br>LIVCOR, LLC,<br>LIVCOR PROPERTY MANAGEMENT<br>SERVICES, LLC,<br>PINNACLE PROPERTY MANAGEMENT<br>SERVICES, LLC, and<br>WILLOW BRIDGE PROPERTY<br>COMPANY, LLC,<br><br>          Defendants. | Case No. 1:24-cv-00710-LCB-JLW |

## **ORDER**

This matter is before the Court on an Unopposed Motion for Leave for Plaintiffs State of Illinois and Commonwealth of Massachusetts ("Plaintiff States") to Enter Notices of Special Appearance Without Association of Local Counsel. (Docket Entry _.) Counsel for Defendants

1

consent to Plaintiff States' Motion. The Court has reviewed the Motion, and based on the information and representations made therein, the Court will allow the request at this time, except that the issue may be revisited if needed during the progress of this action.

    IT IS HEREBY ORDERED that the Unopposed Motion for Leave (Docket Entry \_) is GRANTED, and that Plaintiff States are permitted to file Notices of Special Appearance in this case, under Local Rule 83.1(d), without association of local counsel.

    SO ORDERED. This the \_\_\_ day of February, 2025.

                                                   _____
                                                 United States Magistrate Judge