IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 1:24CV710 |
| | ) | |
| REALPAGE INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This matter is before the Court on an Unopposed Motion for Leave for Plaintiffs State of Illinois and Commonwealth of Massachusetts ("Plaintiff States") to Enter Notices of Special Appearance Without Association of Local Counsel. (Docket Entry 79.) Counsel for Defendants and other Plaintiffs consent to Plaintiff States' Motion. The Court has reviewed the Motion and based on the information and representations made therein, the Court will allow the request at this time, except that the issue may be revisited if needed during the progress of this action.

IT IS HEREBY ORDERED that the Unopposed Motion for Leave (Docket Entry 79) is GRANTED, and that Plaintiff States are permitted to file Notices of Special Appearance in this case, under Local Rule 83.1(d), without association of local counsel.

SO ORDERED. This the 7th day of February, 2025.

/s/ Joe L. Webster
United States Magistrate Judge