UNITED STATES OF AMERICA,
STATE OF NORTH CAROLINA,
STATE OF CALIFORNIA, STATE OF
COLORADO, STATE OF
CONNECTICUT, STATE OF ILLINOIS,
COMMONWEALTH OF
MASSACHUSETTS, STATE OF
MINNESOTA, STATE OF OREGON,
STATE OF TENNESSEE, and STATE
OF WASHINGTON,

        Plaintiffs,

    v.

REALPAGE, INC., CAMDEN
PROPERTY TRUST, CORTLAND
MANAGEMENT, LLC, CUSHMAN &
WAKEFIELD, INC., GREYSTAR REAL
ESTATE PARTNERS, LLC, LIVCOR,
LLC, PINNACLE PROPERTY
MANAGEMENT SERVICES, LLC, and
WILLOW BRIDGE PROPERTY
COMPANY, LLC,

        Defendants.

**NOTICE OF APPEARANCE**

      Michael Montecalvo of Womble Bond Dickinson (US) LLP provides notice to the Court and all parties that he will appear as counsel on behalf of Defendants Cushman & Wakefield, Inc. and Pinnacle Property Management Services, LLC in the above-referenced case.

[*signature block on following page*]

1

Dated: February 10, 2025.

/s/ Michael Montecalvo
Michael Montecalvo
N.C. Bar No. 24943
WOMBLE BOND DICKINSON (US) LLP
One West Fourth Street
Winston-Salem, NC  27101
Telephone: (336) 721-3600
Facsimile: (336) 721-3660
E-Mail: michael.montecalvo@wbd-us.com
E-Mail: aj.horner@wbd-us.com

*Attorney for Defendants Cushman & Wakefield, Inc. and Pinnacle Property Management Services, LLC*