IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF NORTH CAROLINA, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF CONNECTICUT, STATE OF ILLINOIS, COMMONWEALTH OF MASSACHUSETTS, STATE OF MINNESOTA, STATE OF OREGON, STATE OF TENNESSEE, and STATE OF WASHINGTON,<br><br>*Plaintiffs*,<br><br>v.<br><br>REALPAGE, INC., CAMDEN PROPERTY TRUST, CORTLAND MANAGEMENT, LLC, CUSHMAN & WAKEFIELD, INC., GREYSTAR REAL ESTATE PARTNERS, LLC, LIVCOR, LLC, LIVCOR PROPERTY MANAGEMENT SERVICES, LLC, PINNACLE PROPERTY MANAGEMENT SERVICES, LLC, and WILLOW BRIDGE PROPERTY COMPANY, LLC,<br><br>*Defendants*. | NO. 1:24-cv-00710-LCB-JLW<br><br>PLAINTIFF STATE OF WASHINGTON'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff State of Washington hereby provides notice of voluntary dismissal of its claims without prejudice.

DATED this 25th day of February 2025.

    NICHOLAS W. BROWN
Attorney General

*/s/ Brian H. Rowe*
BRIAN H. ROWE, WSBA #56817
RACHEL A. LUMEN, WSBA #47918
SARAH SMITH-LEVY, WSBA #55770
KENDALL SCOTT COWLES, WSBA #57919
Assistant Attorneys General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744
brian.rowe@atg.wa.gov
rachel.lumen@atg.wa.gov
sarah.e.smith-levy@atg.wa.gov
kendall.scottcowles@atg.wa.gov

*Counsel for State of Washington*

1

# CERTIFICATE OF SERVICE

I hereby declare that on this day I caused the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF system, which will serve a copy of this document upon all counsel of record.

I declare under penalty of perjury under the laws of the State of North Carolina and the United States of America that the foregoing is true and correct.

DATED this 25th day of February 2025 at Seattle, Washington.

*/s/ Brian H. Rowe*
BRIAN H. ROWE, WSBA #56817
Assistant Attorney General

2

Case 1:24-cv-00710-LCB-JLW   Document 105   Filed 02/25/25   Page 3 of 3