IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA, STATE )
OF NORTH CAROLINA, STATE OF )
CALIFORNIA, STATE OF COLORADO, )
STATE OF CONNECTICUT, STATE OF )
MINNESOTA, STATE OF OREGON, )
STATE OF TENNESSEE, STATE OF )
ILLINOIS, and COMMONWEALTH )
OF MASSACHUSETTS, )
                                        )
           Plaintiffs,         )          1:24-cv-710
                                        )
   v.                                )
                                        )
REALPAGE, INC., CAMDEN PROPERTY )
TRUST, CORTLAND MANAGEMENT, )
LLC, CUSHMAN & WAKEFIELD, INC., )
GREYSTAR REAL ESTATE PARTNERS, )
LLC, LIVCOR, LLC, PINNACLE )
PROPERTY MANAGEMENT SERVICES, )
LLC, and WILLOW BRIDGE PROPERTY )
COMPANY, LLC, )
                                        )
           Defendants.        )

**ORDER**

This matter comes before the court upon a Consent Motion for Extension of Time and Word Limit for Defendants' Motions to Dismiss. (Doc. 110.) Defendants Camden Property Trust, Cushman & Wakefield, Inc., Greystar Real Estate Partners, LLC, LivCor LLC, Pinnacle Property Management Services, LLC, and Willow Bridge Property Company, LLC ("moving Defendants"), with the consent of Plaintiffs, move the court for an extension of time until April 10, 2025, to answer, move to dismiss, or otherwise respond to

Plaintiffs First Amended Complaint, (Doc. 47). The moving Defendants, with the consent of Plaintiffs, further request for leave to exceed the word count limitations applicable to the briefing of Defendants' motions to dismiss, including a proposed briefing schedule as stipulated by the parties. Having considered the motion, with the agreement and stipulation between the parties, and for good cause shown,

**IT IS THEREFORE ORDERED** that the moving Defendants' Consent Motion for Extension of Time and Word Limit for Defendants' Motions to Dismiss, (Doc. 110), is **GRANTED** and the parties shall proceed in accordance with the word limitations and briefing schedule as follows:

1. **Word Limitations.**

    A. Moving Defendants' motions to dismiss, distributed across a joint motion and individual motions shall not exceed 22,000 total words;

    B. Plaintiffs' responses to Moving Defendants' motions to dismiss shall not exceed 22,000 total words; and

    C. Moving Defendants' replies in support of their motions to dismiss shall not exceed 11,000 total words.

**2. Briefing Schedule.**

    A.  Moving Defendants' answers or motions to dismiss Plaintiffs' First Amended Complaint shall be filed on or before April 10, 2025.

    B.  Plaintiffs' responses to any motions to dismiss shall be filed no later than seven weeks after service of the motions.

    C.  Moving Defendants' reply briefs in support of any motions to dismiss shall be filed no later than four weeks after service of Plaintiffs' responses.

**IT IS SO ORDERED.**

This the 13th day of March, 2025.

                      /s/ William L. Osteen, Jr.
                      United States District Judge

- 3 -

Case 1:24-cv-00710-WO-JLW   Document 123   Filed 03/13/25   Page 3 of 3