IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, STATE OF NORTH CAROLINA, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF CONNECTICUT, STATE OF MINNESOTA, STATE OF OREGON, STATE OF TENNESSEE, STATE OF ILLINOIS, and COMMONWEALTH OF MASSACHUSETTS, | ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | 1:24-cv-710 |
| v. | ) ) | |
| REALPAGE, INC., CAMDEN PROPERTY TRUST, CORTLAND MANAGEMENT, LLC, CUSHMAN & WAKEFIELD, INC., GREYSTAR REAL ESTATE PARTNERS, LLC, LIVCOR, LLC, PINNACLE PROPERTY MANAGEMENT SERVICES, LLC, and WILLOW BRIDGE PROPERTY COMPANY, LLC, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## **ORDER**

This matter comes before the court upon a Consent Motion for Extension of Time to Respond to Plaintiffs' First Amended Complaint. (Doc. 119.) Defendant Cortland Management, LLC ("Cortland") moves the court, with the consent of Plaintiffs State of North Carolina and State of Colorado for an extension of time until April 10, 2025 in which to answer, move to dismiss, or otherwise respond to Plaintiffs' First Amended

Complaint, (Doc. 47). Having considered the motion, and for good cause shown, this court finds the motion will be granted.

**IT IS THEREFORE ORDERED** that Defendant Cortland Management, LLC's Consent Motion for Extension of Time to Respond to Plaintiffs' First Amended Complaint, (Doc. 119), is **GRANTED** and Defendant Cortland shall have until April 10, 2025 in which to answer or otherwise respond to Plaintiffs' First Amended Complaint.

This the 13th day of March, 2025.

_____
United States District Judge