| | |
|---|---|
| THE UNITED STATES OF AMERICA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> REALPAGE, INC., *et al*., <br><br> Defendants. | Case No. 1:24-cv-00710-LCB-JLW <br><br> **JOINT MOTION OF STATE OF NORTH CAROLINA, STATE OF COLORADO, AND CORTLAND MANAGEMENT, LLC FOR ENTRY OF CONSENT JUDGMENT AND DISMISSAL WITH PREJUDICE** |

Plaintiff States of North Carolina and Colorado (the "Plaintiff States") and Defendant Cortland Management, LLC have negotiated and agreed to resolve all issues in this matter in accordance with the terms of the Consent Judgment and Dismissal with Prejudice in resolution of this litigation between those parties. Co-Plaintiff United States of America previously reached a resolution with Cortland Management, LLC which was filed with the Court as a Proposed Final Judgment on January 7, 2025. (Dkt. Nos. 49, 49–1.)

Dated: April 10, 2025

**FOR SETTLING DEFENDANT CORTLAND MANAGEMENT, LLC**

/s/ Christopher J. Derrenbacher
Christopher J. Derrenbacher
N.C. State Bar No. 25402
LEWIS BRISBOIS BISGAARD & SMITH LLP
3600 Glenwood Avenue, Suite 350
Raleigh, North Carolina 27612
Telephone: (919) 821-4020
Email:
Christopher.Derrenbacher@lewisbrisbois.com


/s/ Todd R. Seelman
Todd R. Seelman (LR 83.1(d) Counsel)
CO State Bar No. 20469
Thomas L. Dyer (LR 83.1(d) Counsel)
CO State Bar No. 53883
LEWIS BRISBOIS BISGAARD & SMITH LLP
Wells Fargo Center
1700 Lincoln Street, Suite 3500
Denver, Colorado 80203
Telephone: (720) 292-2002
Email: Todd.Seelman@lewisbrisbois.com
        Thomas.Dyer@lewisbrisbois.com


/s/ James W. Attridge
James W. Attridge (LR 83.1(d) Counsel)
D.C. Bar No. 1012322
Tiffany Rider (LR 83.1(d) Counsel)
D.C. Bar No. 481520
AXINN, VELTROP & HARKRIDER LLP
1901 L Street NW
Washington, DC 20036
Telephone: (202) 721-5404
Email: jattridge@axinn.com
        trider@axinn.com

*Attorneys for Defendant Cortland Management, LLC*

**FOR SETTLING PLAINTIFF STATE OF NORTH CAROLINA**

JEFF JACKSON
Attorney General of North Carolina

DANIEL P. MOSTELLER
Associate Deputy Attorney General

*/s/ Kunal J. Choksi*
KUNAL J. CHOKSI
Special Deputy Attorney General
N.C. State Bar No. 55666
ASA C. EDWARDS IV
Special Deputy Attorney General
N.C. Bar No. 46000
North Carolina Department of Justice
114 W. Edenton Street
Raleigh, NC 27603
Telephone: 919-716-6032
Email: kchoksi@ncdoj.gov

*Attorneys for Plaintiff State of North Carolina*

**FOR SETTLING PLAINTIFF STATE OF COLORADO**

                PHILIP J. WEISER
                Attorney General

                */s/ Elizabeth W. Hereford*
                ELIZABETH W. HEREFORD
                Assistant Attorney General
                BRYN WILLIAMS
                First Assistant Attorney General
                Colorado Department of Law
                Office of the Attorney General
                Ralph L. Carr Judicial Center
                1300 Broadway, 7th Floor
                Denver, CO 80203
                Telephone: (720) 508-6000
                Email: Elizabeth.Hereford@goag.gov
                Bryn.Williams@coag.gov

                *Attorneys for Plaintiff State of Colorado*

# CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of April 2025, I filed the foregoing document titled **JOINT MOTION OF STATE OF NORTH CAROLINA, STATE OF COLORADO, AND CORTLAND MANAGEMENT, LLC FOR ENTRY OF CONSENT JUDGMENT AND DISMISSAL WITH PREJUDICE** using the Court's CM/ECF system which will send notification to all counsel of record.

*/s/ Christopher J. Derrenbacher*
Christopher J. Derrenbacher
N.C. State Bar No. 25402
LEWIS BRISBOIS BISGAARD & SMITH LLP
3600 Glenwood Avenue, Suite 350
Raleigh, North Carolina 27612
Telephone: (919) 821-4020
Email: Christopher.Derrenbacher@lewisbrisbois.com

*/s/ Thomas L. Dyer*
Todd R. Seelman (LR 83.1(d) Counsel)
CO State Bar No. 20469
Thomas L. Dyer (LR 83.1(d) Counsel)
CO State Bar No. 53883
LEWIS BRISBOIS BISGAARD & SMITH LLP
Wells Fargo Center
1700 Lincoln Street, Suite 3500
Denver, Colorado 80203
Telephone: (720) 292-2002
Email: Todd.Seelman@lewisbrisbois.com
Thomas.Dyer@lewisbrisbois.com

*Attorneys for Defendant Cortland Management, LLC*