| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF NORTH CAROLINA, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF CONNECTICUT, STATE OF ILLINOIS, COMMONWEALTH OF MASSACHUSETTS, STATE OF MINNESOTA, STATE OF OREGON, and STATE OF TENNESSEE, <br><br> Plaintiffs, <br><br> v. <br><br> REALPAGE, INC., CAMDEN PROPERTY TRUST, CORTLAND MANAGEMENT, LLC, CUSHMAN & WAKEFIELD, INC., GREYSTAR REAL ESTATE PARTNERS, LLC, LIVCOR, LLC, PINNACLE PROPERTY MANAGEMENT SERVICES, LLC, and WILLOW BRIDGE PROPERTY COMPANY, LLC <br><br> Defendants. | Case No. 1:24-cv-00710-WO-JLW <br><br> **CUSTOMER DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT** <br><br> **ORAL ARGUMENT REQUESTED** |

Defendants Camden Property Trust, Cushman & Wakefield, Inc., Greystar Real Estate Partners, LLC, LivCor, LLC, Pinnacle Property Management Services, LLC, and Willow Bridge Property Company, LLC (collectively, the "Customer Defendants") move the Court to dismiss plaintiffs' amended complaint with prejudice under Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a claim upon which relief can be granted.

As more fully set forth in Customer Defendants' accompanying memorandum of law, the grounds for this motion are as follows:

1. The Court should dismiss plaintiffs' claims because plaintiffs fail to plead the facts necessary to allege an antitrust conspiracy.

2. The Court should dismiss plaintiffs' claims because plaintiffs do not plausibly plead any agreement to exchange information or align prices.

3. The Court should dismiss plaintiffs' claims because plaintiffs fail to allege anticompetitive effects.

4. The Court should dismiss plaintiffs' state-law claims because they fall with their federal law claims.

WHEREFORE, Customer Defendants respectfully move the Court to dismiss plaintiffs' amended complaint with prejudice.

Respectfully submitted this 10th day of April, 2025.

/s/ *Caroline M. Gieser*
Caroline M. Gieser
(NC Bar No.: 51610)
Shook, Hardy & Bacon LLP
1230 Peachtree St., Ste. 1200
Atlanta, GA 30309
Tel: (470) 867-6013
cgieser@shb.com

Ryan M. Sandrock
(LR 83.1(d) Counsel)
Shook, Hardy & Bacon LLP
555 Mission Street, Suite 2300
San Francisco, CA 94105
Tel: (415) 544-1900
rsandrock@shb.com

Laurie A. Novion
(LR 83.1(d) Counsel)
Shook, Hardy & Bacon LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613
Tel: (816) 474-6550
lnovion@shb.com

Maveric Ray Searle
(LR 83.1(d) Counsel)
Meghan E.H. Keeley
(LR 83.1(d) Counsel)
Shook, Hardy & Bacon LLP
111 S. Wacker Dr., Ste. 4700
Chicago, IL 60606
Tel: (312) 704-7700
msearle@shb.com
mkeeley@shb.com

*Attorneys for Defendant*
*Camden Property Trust*

/s/ *James P. McLoughlin*
James P. McLoughlin
N.C. Bar No. 13795
Moore & Van Allen PLLC
100 North Tryon Street
Charlotte, NC 28202
Phone: (704) 331-1000
Fax:   (704) 331-1159
mcloughlinj@mvalaw.com

Karen Hoffman Lent
(LR 83.1(d) Counsel)
Boris Bershteyn
(LR 83.1(d) Counsel)
Evan Kreiner
(LR 83.1(d) Counsel)
Sam Auld
(LR 83.1(d) Counsel)

SKADDEN, ARPS,
SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
Phone: (212) 735-3000
Fax: (212) 735-2000
karen.lent@skadden.com
boris.bershteyn@skadden.com
evan.kreiner@skadden.com
sam.auld@skadden.com

*Attorneys for Defendant*
*Greystar Real Estate*
*Partners, LLC*

2

| | |
|---|---|
| /s/ *Eric Steven Goodheart*<br>Eric Steven Goodheart<br>North Carolina Bar No. NC-53476<br>DLA PIPER LLP (US)<br>4141 Parklake Avenue, Suite 300<br>Raleigh, North Carolina 27612<br>eric.goodheart@us.dlapiper.com<br>Tel: (919) 786-2012<br>Fax: (919) 591-0412<br><br>Gregory J. Casas<br>(LR 83.1(d) Counsel)<br>DLA PIPER LLP (US)<br>303 Colorado Street, Suite 3000<br>Austin, Texas 78701<br>greg.casas@us.dlapiper.com<br>Tel: (512) 457-7290<br>Fax: (512) 721-2390<br><br>Carsten M. Reichel<br>(LR 83.1(d) Counsel)<br>DLA Piper LLP (US)<br>500 Eighth Street, NW<br>Washington, DC 20004<br>carsten.reichel@us.dlapiper.com<br>Tel: (202)799-4640<br>Fax: (202)799-5640<br><br>Becky L. Caruso<br>(LR 83.1(d) Counsel)<br>DLA Piper LLP (US)<br>51 John F. Kennedy Parkway,<br>    Suite 120<br>Short Hills, NJ 07078-2704<br>becky.caruso@us.dlapiper.com<br>Tel: (973) 520-2550<br>Fax: (973) 520-2551<br><br>*Attorneys for Defendant Willow Bridge Property Company, LLC* | /s/ *Michael Montecalvo*<br>Michael Montecalvo<br>N.C. Bar No. 24943<br>Aaron J. Horner<br>N.C. Bar No. 56335<br>WOMBLE BOND DICKINSON (US) LLP<br>One West Fourth Street<br>Winston-Salem, NC 27101<br>Telephone: (336) 721-3600<br>Facsimile: (336) 721-3660<br>E-Mail: aj.horner@wbd-us.com;<br>michael.montecalvo@wbd-us.com<br><br>Kenneth Reinker<br>    D.C. Bar No. 999958<br>Jeremy Calsyn<br>    D.C. Bar No. 467737<br>Cleary Gottlieb Steen and<br>    Hamilton LLP<br>2112 Pennsylvania Avenue, NW<br>Washington, D.C. 20037<br>Telephone: (202) 974-1522<br>Facsimile: (202) 974-1999<br>E-Mail: jcalsyn@cgsh.com<br>E-Mail: kreinker@cgsh.com<br><br>Joseph Kay<br>    N.Y. Bar No. 5410055<br>Cleary Gottlieb Steen and<br>    Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006<br>Telephone: (212) 225-2745<br>Facsimile: (212) 225-3999<br>E-Mail: jkay@cgsh.com<br><br>*Attorneys for Defendants Cushman & Wakefield, Inc. and Pinnacle Property Management Services, LLC* |

/s/ *Kearns Davis*

Kearns Davis, NC Bar. No. 22014
Brooks, Pierce, McLendon,
    Humphrey & Leonard
2000 Renaissance Plaza
230 North Elm Street
Greensboro, NC 27401
Telephone:  336-373-8850
Facsimile:   336-378-1001
Email:kdavis@brookpierce.com

David Kiernan
(LR 83.1(d) Counsel)
JONES DAY
555 California Street
26th Floor
San Francisco, CA 94104
(415) 875-5745
dkiernan@jonesday.com

Michelle K. Fischer
(LR 83.1(d) Counsel)
JONES DAY
901 Lakeside Avenue
Cleveland, OH 44114
(216) 586-7096
mfischer@jonesday.com

Peter J. Schwingler
(LR 83.1(d) Counsel)
JONES DAY
90 South Seventh Street
Suite 4950
Minneapolis, MN 55402
(612) 217-8866
pschwingler@jonesday.com

*Attorneys for Defendant LivCor, LLC*