IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA, STATE OF
NORTH CAROLINA, STATE OF
CALIFORNIA, STATE OF COLORADO,
STATE OF CONNECTICUT, STATE OF
ILLINOIS, COMMONWEALTH OF
MASSACHUSETTS, STATE OF MINNESOTA,
STATE OF OREGON, and STATE OF
TENNESSEE,

    Plaintiffs,

    vs.                                                  No. 1:24-cv-00710-WLO-JLW

REALPAGE, INC.; CAMDEN PROPERTY
TRUST; CORTLAND MANAGEMENT, LLC;
CUSHMAN & WAKEFIELD, INC.;
GREYSTAR REAL ESTATE PARTNERS,
LLC; LIVCOR, LLC; PINNACLE
PROPERTY MANAGEMENT SERVICES, LLC;
and WILLOW BRIDGE PROPERTY
COMPANY, LLC,

    Defendants.

**STIPULATION REGARDING SUBSTITUTION
OF GREYSTAR MANAGEMENT SERVICES, LLC, AS PARTY DEFENDANT**

Plaintiffs United States of America, and the States of

North Carolina, California, Colorado, Connecticut, Illinois,

Minnesota, Oregon, and Tennessee, and the Commonwealth of Massachusetts, acting by and through their respective Attorneys General (collectively, "Plaintiffs"); and Defendant Greystar Real Estate Partners, LLC ("GREP"), by and through its counsel, hereby stipulate and agree as follows:

1.  On January 7, 2025, Plaintiffs filed and served an amended Complaint, (Doc. 47), naming GREP as an additional defendant in this action.

2.  On April 10, 2025, GREP moved to dismiss the Complaint under Rule 12(b)(6) of the Federal Rules of Civil Procedure, (Doc. 130). Together with certain other defendants, GREP also jointly moved to dismiss the Complaint under Rule 12(b)(6) of the Federal Rules of Civil Procedure, (Doc. 128).

3.  After meeting and conferring with counsel for GREP and for Greystar Management Services, LLC ("GMS"), Plaintiffs hereby voluntarily dismiss their action against GREP without prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and with the consent of GREP and GMS, substitute in GREP's place GMS as the party defendant. For the avoidance of doubt, this is a substitution of party, and both Plaintiffs' claims, now against GMS, remain pending.

4.  As a result of this substitution of party, the Complaint, (Doc. 47), is hereby amended as follows:

a. "Greystar Real Estate Partners, LLC" is stricken from the caption and replaced with "Greystar Management Services, LLC."

b. All references, explicit and implicit, to "Greystar" in the body of the Complaint (including Paragraphs 5, 19, 25, 87-90, 93, 97-99, 104, 129, 156, 167, 170, 199, & 206, and footnote 2) shall refer to "Greystar Management Services, LLC."

c. Paragraphs 246-48, as amended, now read as follows:

> 246. The Court has personal jurisdiction over Greystar Management Services, LLC ("Greystar"); venue is proper in this District under Section 12 of the Clayton Act, 15 U.S.C. § 22, and under 28 U.S.C. §1391 because Greystar transacts business and resides within the District.
>
> 247. Greystar is a privately-owned company organized under the laws of the State of Delaware and is headquartered in Charleston, South Carolina. Greystar is registered to do business in the State of North Carolina. Greystar, through one of its subsidiaries, manages multiple multifamily rental properties using AIRM within this District.

248. Greystar engages in, and its activities substantially affect, interstate trade and commerce. Greystar, including through subsidiaries, manages multifamily rental units across the United States, including within this District. Greystar provides a range of products and services that are marketed and offered to consumers throughout the United States and across state lines.

5. GMS withdraws the individual motion to dismiss filed by GREP (Doc. 130), and joins defendants' joint motion to dismiss (Doc. 128) in GREP's place.

6. Plaintiffs and GREP and GMS, through their respective counsel, respectfully ask that the Court enter an order substituting a party defendant and amending the Complaint as set forth above.

Dated: May 29, 2025

Respectfully submitted,

By: *s/ Henry C. Su*

Henry C. Su
David A. Geiger

Attorneys
United States Department of Justice
Antitrust Division
450 Fifth Street N.W., Suite 7100
Washington, DC 20530
Telephone: (202) 307-6200
Email: henry.su@usdoj.gov

- 4 -

/s/ *Kunal J. Choksi*
Kunal J. Choksi
Senior Deputy Attorney General
N.C. Bar. No. 55666
ASA C. EDWARDS IV
Special Deputy Attorney General
N.C. Bar
No. 46000

North Carolina Department of Justice
114 W. Edenton St.
Raleigh, NC 27603
(919) 716-6000 |
kchoksi@ncdoj.gov

*Attorneys for Plaintiff State of North Carolina*


/s/ *Pamela Pham*

DOAN-PHUONG (PAMELA) PHAM
QUYEN TOLAND
Deputy Attorneys General
Office of the Attorney General
California Department of Justice
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
(213) 269-6000 |
Pamela.Pham@doj.ca.gov

*Attorneys for Plaintiff State of California*


/s/ *Elizabeth W. Hereford*
Elizabeth. W. Hereford
Assistant Attorney General
Bryn A. Williams
First Assistant Attorney

General
Colorado Department of Law
1300 Broadway, 7th Floor
Denver, CO 80203
Telephone: (720) 508-6000
Email:
Elizabeth.Hereford@coag.gov

*Attorney for Plaintiff State of Colorado*


*s/ Julián A. Quiñones Reyes*
Julián A. Quiñones Reyes
Assistant Attorney General
Office of the Connecticut Attorney General
165 Capitol Avenue
Hartford, CT 06106
(860) 808-5030 |
julian.quinones@ct.gov

*Attorney for Plaintiff State of Connecticut*


/s/  Daniel R. Betancourt

DANIEL BETANCOURT, Assistant Attorney General
JENNIFER M. CORONEL, Assistant Attorney General
PAUL J. HARPER, Assistant Attorney General
Office of the Illinois Attorney General
115 S. LaSalle St., Floor 23
Chicago, IL 60603
Tel: (312) 415-7945
Daniel.betancourt@ilag.gov
Paul.harper@ilag.gov
Jennifer.coronel@ilag.gov

*Attorneys for Plaintiff State of Illinois*

/s/ Katherine W. Krems
KATHERINE W. KREMS
Assistant Attorney General
JENNIFER E. GREANEY
Deputy Chief
Office of the Massachusetts
Attorney General
One Ashburton Place
18th Floor
Boston, Massachusetts 02108
(617) 963-2189
Katherine.Krems@mass.gov
Jennifer.Greaney@mass.gov

*Attorneys for Plaintiff*
*Commonwealth of Massachusetts*


s/Katherine A. Moerke
KATHERINE A. MOERKE
ELIZABETH ODETTE
SARAH DOKTORI
Assistant Attorneys General
Office of the Minnesota
Attorney General
445 Minnesota Street, Suite 600
St. Paul, MN 55101  55101-2130
katherine.moerke@ag.state.mn.us
Telephone: (651) 757-1288
elizabeth.odette@ag.state.mn.us
Telephone: (651) 728-7208
sarah.doktori@ag.state.mn.us
Telephone: (651) 583-6694

*Attorneys for Plaintiff State of Minnesota*

*/s/ Timothy D. Smith*

Timothy D. Smith
Attorney-in-Charge
Antitrust, False Claims, &
Privacy Section
Oregon Department of Justice
100 SW Market St,
Portland OR  97201
503.798.3297 |
tim.smith@doj.oregon.gov

*Attorney for Plaintiff State of Oregon*


*/s/ Daniel Lynch*
Daniel Lynch
Assistant Attorney General
Sophie Assadnia
Assistant Attorney General
S. Ethan Bowers
Senior Assistant Attorney General
Consumer Protection Division
Office of the Tennessee Attorney General
UBS Building, 20th Floor
315 Deaderick Street,
Nashville, Tennessee 37243
615.532.5732 |
Daniel.lynch@ag.tn.gov

*Attorneys for Plaintiff State of Tennessee*

/s/ *James P. McLoughlin*
James P. McLoughlin
N.C. Bar No. 13795
Moore & Van Allen PLLC
100 North Tryon Street
Charlotte, NC 28202
Phone: (704) 331-1000
Fax:   (704) 331-1159
mcloughlinj@mvalaw.com

Karen Hoffman Lent
(LR 83.1(d) Counsel)
Boris Bershteyn
(LR 83.1(d) Counsel)
Evan Kreiner
(LR 83.1(d) Counsel)
Sam Auld
(LR 83.1(d) Counsel)

SKADDEN, ARPS,
SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
Phone: (212) 735-3000
Fax: (212) 735-2000
karen.lent@skadden.com
boris.bershteyn@skadden.com
evan.kreiner@skadden.com
sam.auld@skadden.com

*Attorneys for Greystar Real Estate Partners, LLC and Greystar Management Services, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

By: *s/ Henry C. Su*

Henry C. Su