**EXHIBIT B**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CORTLAND MANAGEMENT, LLC,<br><br>　　　　　Defendant. | No. 1:24-cv-00710-WLO-JLW |

**CERTIFICATE OF COMPLIANCE WITH PROVISIONS
OF THE ANTITRUST PROCEDURES AND PENALTIES ACT**

The United States of America hereby certifies that it has complied with the Antitrust Procedures and Penalties Act ("APPA"), 15 U.S.C. § 16, and states:

1.　The United States filed the Complaint, Stipulation and Proposed Order, and proposed Final Judgment on January 7, 2025. (Docs. 47, 49, 49-1.) The United States filed the Competitive Impact Statement on January 23, 2025. (Doc. 63.)

2.　Pursuant to 15 U.S.C. § 16(b), the proposed Final Judgment and the Competitive Impact Statement were published in the Federal Register on January 30, 2025 (90 Fed. Reg. 8560 (2025)), and copies of the proposed Final Judgment and Competitive Impact Statement were furnished to all persons requesting them and made available on the Department of Justice Antitrust Division's website.

3. Pursuant to 15 U.S.C. § 16(c), a summary of the terms of the proposed Final Judgment and Competitive Impact Statement was published in the Washington Post, a newspaper of general circulation in the District of Columbia, from January 29 to February 4, 2025, and in the Greensboro News and Record, a newspaper of general circulation in Guilford County, North Carolina, from January 29 to February 3, 2025, and on March 1, 2025.

4. No determinative materials or documents within the meaning of 15 U.S.C. § 16(b) were considered by the United States in formulating the proposed Final Judgment, so none were furnished to any person pursuant to 15 U.S.C. § 16(b) or listed pursuant to 15 U.S.C. § 16(c).

5. As required by 15 U.S.C. § 16(g), on January 16, 2025, Defendant Cortland Management, LLC filed with the Court descriptions of any written or oral communications made by or on behalf of Defendant with any officer or employee of the United States concerning the proposed Final Judgment. (Doc. 60.)

6. The public comment period specified in 15 U.S.C. § 16(b) commenced on January 30, 2025, and ran for at least 60 days.

7. The United States received and responded to one comment on the proposed Final Judgment. The comment and the United States' response were filed with the Court on May 1,

2025. (Doc. 140.) The response and the location at which the comment can be found were published in the Federal Register on May 14, 2025, see 90 Fed. Reg. 20501 (2025).

8. The parties have, therefore, satisfied all of the requirements of the APPA that were conditions for entering the proposed Final Judgment. Pursuant to the Stipulation and Proposed Order filed on January 7, 2025 and 15 U.S.C. § 16(e), the Court may enter the Final Judgment after it determines that the proposed Final Judgment serves the public interest. (See Doc. 49.)

9. The United States's Competitive Impact Statement and Response to Public Comments demonstrate that the proposed Final Judgment satisfies the public interest standard of 15 U.S.C. § 16(e).

10. Pursuant to the Stipulation and Proposed Order dated January 7, 2025, Defendant Cortland Management, LLC stipulated that the Final Judgment could be filed with and entered by the Court, upon the motion of the United States or upon the Court's own motion, at any time after compliance with the requirements of the APPA, and without further notice to any party or other proceeding. (Doc. 49.)

10. The United States requests that this Court enter the Final Judgment without further proceedings or hearings.

3

Dated: June 10, 2025

Respectfully submitted,

By: /s/ Henry C. Su
_____
Henry C. Su
David A. Geiger
Kris A. Pérez Hicks
Attorneys
United States Department of Justice
Antitrust Division
450 Fifth Street N.W., Suite 7100
Washington, DC 20530
Telephone: (202) 307-6200
Email: henry.su@usdoj.gov

4