# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF NORTH CAROLINA, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF CONNECTICUT, STATE OF ILLINOIS, COMMONWEALTH OF MASSACHUSETTS, STATE OF MINNESOTA, STATE OF OREGON, and STATE OF TENNESSEE,<br><br>Plaintiffs,<br><br>v.<br><br>REALPAGE, INC., CAMDEN PROPERTY TRUST, CORTLAND MANAGEMENT, LLC, CUSHMAN & WAKEFIELD, INC., GREYSTAR REAL ESTATE PARTNERS, LLC, LIVCOR, LLC, PINNACLE PROPERTY MANAGEMENT SERVICES, LLC, and WILLOW BRIDGE PROPERTY COMPANY, LLC<br><br>Defendants. | Case No. 1:24-cv-00710-WO-JLW<br><br>**FILING AND CERTIFICATION OF COMPLIANCE UNDER 15 U.S.C. § 16(g) BY GREYSTAR MANAGEMENT SERVICES, LLC** |

Pursuant to Section 2(g) of the Antitrust Procedures and Penalties Act, 15 U.S.C. § 16(g), Defendant Greystar Management Services, LLC ("Greystar"), submits the following description and certification of all written or oral communications by or on behalf of Greystar with any officer or employee of the United States concerning or relevant to the Greystar Proposed Final Judgment filed in this action. (ECF No. 152.) In accordance with Section 2(g), this description excludes any communications "made by counsel of record alone with the Attorney General or the employees of the Department of Justice alone."

To the best of Greystar's knowledge, no written or oral communication took place by Greystar or on its behalf with any officer or employee of the Executive Branch of the United States concerning or relevant to the Proposed Final Judgment in this action, other than communication made by counsel of record alone with the Attorney General or the employees of the Department of Justice, such communication being excluded from the disclosure requirements of 15 U.S.C. § 16(g).

## **CERTIFICATION**

Greystar certifies that, with this submission, Greystar has complied with the requirements of Section 2(g), and that this submission is a true and complete description of communications by or on behalf of Greystar, known to Greystar, or that Greystar reasonably should have known, that are required to be reported pursuant to that provision.

This 2nd day of September, 2025.

/s/ *James P. McLoughlin*
James P. McLoughlin
N.C. Bar No. 13795
Moore & Van Allen PLLC
100 North Tryon Street
Charlotte, NC 28202
Phone: (704) 331-1000
Fax:  (704) 331-1159
mcloughlinj@mvalaw.com

Karen Hoffman Lent
(LR 83.1(d) Counsel)
Boris Bershteyn
(LR 83.1(d) Counsel)
Evan Kreiner
(LR 83.1(d) Counsel)
Sam Auld
(LR 83.1(d) Counsel)

SKADDEN, ARPS,
SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
Phone: (212) 735-3000
Fax: (212) 735-2000
karen.lent@skadden.com
boris.bershteyn@skadden.com
evan.kreiner@skadden.com
sam.auld@skadden.com

*Attorneys for Defendant Greystar Real Estate Partners, LLC*