UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> REALPAGE, INC., *et al.*, <br><br> Defendants. | Case No. 1:24-cv-00710-LCB-JLW <br><br> **JOINT MOTION OF PLAINTIFF STATES AND GREYSTAR MANAGEMENT SERVICES, LLC FOR ENTRY OF CONSENT JUDGMENT AND DISMISSAL WITH PREJUDICE** |

Plaintiff States of California, Colorado, Connecticut, Illinois, Minnesota, North Carolina, Oregon, and Tennessee, and the Commonwealth of Massachusetts, acting by and through their respective Attorneys General (collectively, the "Plaintiff States") and Greystar Management Services, LLC ("Greystar") have negotiated and agreed to resolve all issues in this matter in accordance with the terms of the Consent Judgment and Dismissal with Prejudice attached hereto as Exhibit A.

Greystar's Consent Judgment with the Plaintiff States resolves all claims against Greystar in this case because Greystar previously reached resolution with Plaintiff the United States of America through a Proposed Final Judgment filed with the Court on August 8, 2025. (ECF. Nos. 152, 152-1.) The Court entered the

settlement stipulation between the United States and Greystar on

August 18, 2025. (ECF No. 154.)

Dated: November 18, 2025

| | |
|---|---|
| /s/ *Kunal J. Choksi* | /s/ *James P. McLoughlin* |
| Kunal J. Choksi | James P. McLoughlin |
| Senior Deputy Attorney General | N.C. Bar No. 13795 |
| N.C. Bar. No. 55666 | Moore & Van Allen PLLC |
| ASA C. EDWARDS IV | 100 North Tryon Street |
| Special Deputy Attorney General | Charlotte, NC 28202 |
| N.C. Bar | Phone: (704) 331-1000 |
| No. 46000 | Fax: (704) 331-1159 |
| North Carolina Department of Justice | mcloughlinj@mvalaw.com |
| 114 W. Edenton St. | /s/ *Karen Hoffman Lent* |
| Raleigh, NC 27603 | Karen Hoffman Lent |
| (919) 716-6000 \| kchoksi@ncdoj.gov | (LR 83.1(d) Counsel) |
| | Boris Bershteyn |
| *Attorneys for Plaintiff State of North Carolina* | (LR 83.1(d) Counsel) |
| | Evan Kreiner |
| | (LR 83.1(d) Counsel) |
| | Sam Auld |
| | (LR 83.1(d) Counsel) |
| | |
| | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| | One Manhattan West |
| | New York, NY 10001 |
| | Phone: (212) 735-3000 |
| | Fax: (212) 735-2000 |
| | karen.lent@skadden.com |
| | boris.bershteyn@skadden.com |
| | evan.kreiner@skadden.com |
| | sam.auld@skadden.com |
| | |
| | *Counsel for Defendant Greystar Management Services, LLC* |

2

Case 1:24-cv-00710-WO-JLW   Document 158   Filed 11/18/25   Page 2 of 5

/s/ Pamela Pham
DOAN-PHUONG (PAMELA) PHAM
QUYEN TOLAND
Deputy Attorneys General
Office of the Attorney General
California Department of Justice
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
(213) 269-6000 |
Pamela.Pham@doj.ca.gov

*Attorneys for Plaintiff State of California*

/s/ Elizabeth W. Hereford
Elizabeth. W. Hereford
Assistant Attorney General
Bryn A. Williams
First Assistant Attorney General
Colorado Department of Law
1300 Broadway, 7th Floor
Denver, CO 80203
Telephone: (720) 508-6000
Email:
Elizabeth.Hereford@coag.gov

*Attorney for the Plaintiff State of Colorado*

s/ Julián A. Quiñones Reyes
Julián A. Quiñones Reyes
Assistant Attorney General
Office of the Connecticut Attorney General
165 Capitol Avenue
Hartford, CT 06106
(860) 808-5030 |
julian.quinones@ct.gov

*Attorney for Plaintiff State of Connecticut*

/s/ Katherine W. Krems
KATHERINE W. KREMS
Assistant Attorney General
JENNIFER E. GREANEY
Deputy Chief
Office of the Massachusetts Attorney General
One Ashburton Place
18th Floor
Boston, Massachusetts 02108
(617) 963-2189
Katherine.Krems@mass.gov
Jennifer.Greaney@mass.gov

*Attorneys for Plaintiff Commonwealth of Massachusetts*

/s/ Daniel R. Betancourt
DANIEL BETANCOURT, Assistant Attorney General
JENNIFER M. CORONEL, Assistant Attorney General
PAUL J. HARPER, Assistant Attorney General
Office of the Illinois Attorney General
115 S. LaSalle St., Floor 23
Chicago, IL 60603
Tel: (312) 415-7945
Daniel.betancourt@ilag.gov
Paul.harper@ilag.gov
Jennifer.coronel@ilag.gov

*Attorneys for Plaintiff State of Illinois*

s/Katherine A. Moerke
KATHERINE A. MOERKE
ELIZABETH ODETTE
SARAH DOKTORI
Assistant Attorneys General
Office of the Minnesota Attorney General
445 Minnesota Street, Suite 600
St. Paul, MN 55101
katherine.moerke@ag.state.mn.us
Telephone: (651) 757-1288
elizabeth.odette@ag.state.mn.us
Telephone: (651) 728-7208
sarah.doktori@ag.state.mn.us
Telephone: (651) 583-6694

*Attorneys for Plaintiff State of Minnesota*

/s/ Timothy D. Smith
Timothy D. Smith
Attorney-in-Charge
Economic Justice Section
Oregon Department of Justice
100 SW Market St,
Portland OR  97201
503.798.3297 |
tim.smith@doj.oregon.gov

*Attorney for Plaintiff State of Oregon*

/s/ Daniel Lynch
Daniel Lynch
Assistant Attorney General
S. Ethan Bowers
Senior Assistant Attorney General
Sophie Assadnia
Assistant Attorney General
Consumer Protection Division
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, Tennessee 37202
daniel.lynch@ag.tn.gov
615.532.5732
ethan.bowers@ag.tn.gov
615.837.5582
sophie.assadnia@ag.tn.gov
615.532.4208

*Attorneys for Plaintiff State of Tennessee*

4

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing was filed electronically this the 18th day of November, 2025. Notice of this filing was served via the Court's Electronic Case Filing system to all parties and counsel listed on the electronic filing receipt. Copies may also be accessed through the Court's Electronic Case Filing system.

/s/ *James P. McLoughlin*
James P. McLoughlin

5

Case 1:24-cv-00710-WO-JLW   Document 158   Filed 11/18/25   Page 5 of 5