# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA, et al.

    Plaintiffs,

vs.

REALPAGE, INC., et al.

    Defendants.

No. 1:24-cv-00710-WLO-JLW

**[PROPOSED] ORDER**

The Court, having considered the application of the United States, finds that good cause exists pursuant to 15 U.S.C. § 16(d) to excuse the publication of the comments on the proposed Final Judgment for Defendant Greystar Management Services, LLC in the Federal Register.

The Court therefore GRANTS the United States' application to excuse Federal Register publication of the comments on the proposed Final Judgment for Greystar Management Services, LLC, and

AUTHORIZES, as an alternative method of public dissemination, the posting of these comments on the Antitrust Division's public website, and publication in the Federal Register of a statement providing the page on the Antitrust Division website where the comments can be viewed and downloaded.

It is SO ORDERED, this ___ day of ___, 2025.

_____