IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
STATE OF NORTH CAROLINA,           )
STATE OF CALIFORNIA, STATE OF      )
COLORADO, STATE OF CONNECTICUT,    )
STATE OF MINNESOTA, STATE OF       )
OREGON, STATE OF TENNESSEE,        )
STATE OF WASHINGTON, STATE OF      )
ILLINOIS, and COMMONWEALTH OF      )
MASSACHUSETTS,                     )
                                   )
          Plaintiffs,              )
                                   )
     v.                            )    1:24-cv-710
                                   )
CAMDEN PROPERTY TRUST,             )
CORTLAND MANAGEMENT, LLC,          )
CUSHMAN & WAKEFIELD, INC.,         )
GREYSTAR REAL ESTATE PARTNERS,     )
LLC, LIVCOR, LLC, PINNACLE         )
PROPERTY MANAGEMENT SERVICES,      )
LLC, and WILLOW BRIDGE             )
PROPERTY COMPANY, LLC,             )
                                   )
          Defendants.              )
```

**ORDER**

This matter comes before the court on Plaintiff United States of America's Unopposed Motion to Publish Tunney Act Comments Electronically. (Doc. 163.) Having considered the application of the United States, with no opposition by Defendant Greystar Management Services, LLC, this court finds that good cause exists pursuant to 15 U.S.C. § 16(d) to excuse the publication of the comments on the proposed Final Judgment for Defendant Greystar Management Services, LLC in the Federal Register.

The court therefore **GRANTS** the United States' application to excuse Federal Register publication of the comments on the proposed Final Judgment for Greystar Management Services, LLC, and

AUTHORIZES, as an alternative method of public dissemination, the posting of these comments on the Antitrust Division's public website, and publication in the Federal Register of a statement providing the page on the Antitrust Division website where the comments can be viewed and downloaded.

**IT IS SO ORDERED.**

This the 30th day of December, 2025.

_____
United States District Judge