## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA,

                              Plaintiff,

      v.

LIVCOR, LLC,

                            Defendant.

Case No. 1:24-cv-00710-WLO-JLW

**FILING AND CERTIFICATION OF COMPLIANCE UNDER 15 U.S.C. § 16(g) BY LIVCOR, LLC**

Pursuant to Section 2(g) of the Antitrust Procedures and Penalties Act, 15 U.S.C. § 16(g), Defendant LivCor, LLC ("LivCor"), submits the following description and certification of all written or oral communications by or on behalf of LivCor with any officer or employee of the United States concerning or relevant to the LivCor Proposed Final Judgment filed in this action. (ECF No. 164.)  In accordance with Section 2(g), the description excludes any communications "made by counsel of record alone with the Attorney General or the employees of the Department of Justice alone."

To the best of LivCor's knowledge, no written or oral communication took place by LivCor or on its behalf with any officer or employee of the United States concerning or relevant to the Proposed Final Judgment in this action, other than communication made by counsel of record alone with the Attorney General or the employees of the Department of Justice, such communication being excluded from the disclosure requirements of 15 U.S.C. § 16(g).

## CERTIFICATION

LivCor certifies that, with this submission, LivCor has complied with the requirements of Section 2(g), and that this submission is a true and complete description of communications by or on behalf of LivCor, known to LivCor, or that LivCor reasonably should have known, that are required to be reported pursuant to that provision.

Dated: January 6, 2026

Respectfully submitted,

*/s/ Kearns Davis*
Kearns Davis
NC Bar No. 22014
James W. Whalen
NC Bar No. 58477
Brooks, Pierce, McLendon, Humphrey & Leonard
2000 Renaissance Plaza
230 North Elm Street
Greensboro, NC  27401
(336) 373-8850
kdavis@brookspierce.com
jwhalen@brookspierce.com

David Kiernan
JONES DAY
555 California Street
26th Floor
San Francisco, CA 94104
(415) 875-5745
dkiernan@jonesday.com

Katherine Brockmeyer
JONES DAY
51 Louisiana Avenue NW
Washington, DC  20001
(202) 879-3660
kbrockmeyer@jonesday.com

Michelle K. Fischer
JONES DAY
901 Lakeside Avenue

Cleveland, OH  44114
(216) 586-7096
mfischer@jonesday.com

Peter J. Schwingler
JONES DAY
90 South Seventh Street
Suite 4950
Minneapolis, MN  55402
(612) 217-8866
pschwingler@jonesday.com

*Counsel for Defendant*
*LivCor, LLC*