The AB Comment

| | |
|---|---|
| **From:** | A B |
| **To:** | ATR-Public-Comments-Tunney-Act-MB |
| **Subject:** | [EXTERNAL] Denver. |
| **Date:** | Monday, October 20, 2025 10:02:46 PM |

Greystar and other private equity groups own 25.8% of the multi-family rental market in Denver and 18.9% of the Colorado market. Since 2018, when Greystar started buying up multi-family properties, they have gained a quarter of the market. The average rent from 2018 to 2024 rose by 26%. I know that is in large part due to the market fixing achieved through RealPage. The rental market had begun to cool over the course of 2017, increasing by only 1.5%. From 2018 to 2025, rent has increased an average of 5.5% per year despite the influx of new builds and a slowing of population growth. Greystar not only owns a quarter of our rental market, but they have been fixing prices through RealPage, stealing billions of dollars from Denver renters and our local economy. Greystar should be forced to sell the majority of its properties and pay restitution to American citizens; preventing them from using a program that other landlords are still using is not enough. Real positive change will only come from outlawing the price fixing that RealPage is designed for.