IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, STATE OF NORTH CAROLINA, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF CONNECTICUT, STATE OF ILLINOIS, COMMONWEALTH OF MASSACHUSETTS, STATE OF MINNESOTA, STATE OF OREGON, and STATE OF TENNESSEE,<br><br>    Plaintiffs,<br><br>    vs.<br><br>REALPAGE, INC.; CAMDEN PROPERTY TRUST; CORTLAND MANAGEMENT, LLC; CUSHMAN & WAKEFIELD, INC.; GREYSTAR REAL ESTATE PARTNERS, LLC; LIVCOR, LLC; PINNACLE PROPERTY MANAGEMENT SERVICES, LLC; and WILLOW BRIDGE PROPERTY COMPANY, LLC,<br><br>    Defendants. | No. 1:24-cv-00710-WLO-JLW |

**PLAINTIFF'S SUGGESTION OF SUBSEQUENTLY DECIDED AUTHORITY**

In connection with the pending Motions to Dismiss filed by Defendants (Docs. 73 & 128), and pursuant to Local Rule 7.3(i) of this Court, Plaintiff United States of America attaches a

copy of a Memorandum Opinion issued by the United States District Court for the Eastern District of Kentucky in <u>Commonwealth of Kentucky ex rel. Coleman v. RealPage, Inc., et al.</u>, No. 2:25-cv-00093-DLB-CJS (E.D. Ky. filed Feb. 2, 2026) (ECF 129).

Dated: February 12, 2026   Respectfully submitted,

By:  s/ Henry C. Su

Henry C. Su
David A. Geiger
Jessica Butler-Arkow
Kris A. Perez Hicks
Christine Sommer

Attorneys
United States Department of Justice
Antitrust Division
450 Fifth Street N.W., Suite 7100
Washington, DC 20530
Telephone: (202) 307-6200
Email: henry.su@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on February 12, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

By:  s/ Henry C. Su

Henry C. Su