# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GREYSTAR MANAGEMENT SERVICES, LLC,<br><br>　　　　Defendant. | No. 1:24-cv-00710-WO-JGM |

**CERTIFICATE OF COMPLIANCE WITH PROVISIONS**
**OF THE ANTITRUST PROCEDURES AND PENALTIES ACT**

The United States of America hereby certifies that it has complied with the Antitrust Procedures and Penalties Act ("APPA"), 15 U.S.C. § 16(b–h), regarding the proposed Final Judgment (Doc. 152-1) with Defendant Greystar Management Services, LLC ("Greystar"), and states:

1. The United States filed its Complaint against Greystar on January 7, 2025. (Doc. 47.) The United States subsequently filed a Stipulation and Order and Proposed Final Judgment proposing to resolve its claims against Greystar on August 8, 2025, and a related Competitive Impact Statement on August 25, 2025. (Docs. 152, 152-1, 154.)

2. Pursuant to 15 U.S.C. § 16(b), the proposed Final Judgment and the Competitive Impact Statement were published in the <u>Federal Register</u> on September 5, 2025 (90 Fed. Reg. 43070

(2025)), and copies of the proposed Final Judgment and Competitive Impact Statement were furnished to all persons requesting them and made available on the U.S. Department of Justice Antitrust Division's website.

3. Pursuant to 15 U.S.C. § 16(c), a summary of the terms of the proposed Final Judgment and Competitive Impact Statement was published in The Washington Post and in the Greensboro News and Record for a period of seven days over the span of two weeks, beginning on September 2 and ending on September 8, 2025.

4. No determinative materials or documents within the meaning of 15 U.S.C. § 16(b) were considered by the United States in formulating the proposed Final Judgment, so none were furnished to any person pursuant to 15 U.S.C. § 16(b) or listed pursuant to 15 U.S.C. § 16(c).

5. As required by 15 U.S.C. § 16(g), on September 2, 2025, Greystar filed with the Court descriptions of any written or oral communications made by or on behalf of Defendant with any officer or employee of the United States concerning the proposed Final Judgment. (Doc. 157.)

6. The public comment period specified in 15 U.S.C. § 16(b) commenced on September 5, 2025, and ran for at least 60 days.

7. The United States received and responded to five public comments from three commenters on the proposed Final

Judgment. The comments and the United States' response were filed with the Court on February 4, 2026. (Doc. 169.) Pursuant to 15 U.S.C. § 16(d), and with the Court's authorization (see the Court's Order of December 30, 2025), the United States posted on the Antitrust Division's website all comments and the United States' response. The response and the location at which the comments can be found were published in the Federal Register on February 9, 2026, see 91 Fed. Reg. 05778 (2026).

8. The parties have, therefore, satisfied all of the requirements of the APPA that were conditions for entering the proposed Final Judgment. Pursuant to the Stipulation and Order filed on August 8, 2025 and entered on August 14, 2025, and 15 U.S.C. § 16(e), the Court may enter Final Judgment after it determines that the proposed Final Judgment serves the public interest. (See Doc. 154.)

9. The United States' Competitive Impact Statement demonstrates that the proposed Final Judgment satisfies the public interest standard of 15 U.S.C. § 16(e).

10. Pursuant to the Stipulation and Order entered on August 18, 2025, Greystar stipulated that the Final Judgment could be filed with and entered by the Court, upon the motion of the United States or upon the Court's own motion, at any time after compliance with the requirements of the APPA, and without further notice to any party or other proceeding. (Doc. 154.)

10. The United States requests that this Court enter the Final Judgment without further proceedings or hearings.

Dated: February 20, 2026

Respectfully submitted,

By: /s/ Henry C. Su

Henry C. Su
David A. Geiger
Danielle G. Hauck
John J. Hogan
Kris A. Pérez Hicks

Attorneys
United States Department of Justice
Antitrust Division
450 Fifth Street N.W.,
Suite 7100
Washington, DC 20530
Telephone: (202) 307-6200
Email: henry.su@usdoj.gov

4