IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, STATE OF NORTH CAROLINA, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF CONNECTICUT, STATE OF MINNESOTA, STATE OF OREGON, STATE OF TENNESSEE, STATE OF ILLINOIS, and COMMONWEALTH OF MASSACHUSETTS, | ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) | 1:24-cv-710 |
| v. | ) ) | |
| REALPAGE, INC., CAMDEN PROPERTY TRUST, CORTLAND MANAGEMENT, LLC, CUSHMAN & WAKEFIELD, INC., GREYSTAR REAL ESTATE PARTNERS, LLC, LIVCOR, LLC, PINNACLE PROPERTY MANAGEMENT SERVICES, LLC, and WILLOW BRIDGE PROPERTY COMPANY, LLC, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

This matter comes before the court on the United States of America's Motion to Publish Tunney Act Comments Electronically. (Doc. 173.) Plaintiff, the United States, moves the court to excuse costly Federal Register publication of the voluminous comments submitted regarding the proposed Final Judgment between the United States and RealPage, Inc., (Doc. 159, Exh. 1; Doc. 159-1), and the Competitive Impact Statement, (Doc. 160), and instead, allow comments to be posted on the Antitrust Division

website in conjunction with Federal Register publication of the internet address.

Having considered the application of the United States, with no opposition by Defendant RealPage, Inc., this court finds that good cause exists pursuant to 15 U.S.C. § 16(d) to excuse the publication of the comments on the proposed Final Judgment for Defendant RealPage, Inc. in the Federal Register.

The Court therefore **GRANTS** the United States' application to excuse Federal Register publication of the comments on the proposed Final Judgment for RealPage, Inc., and

AUTHORIZES, as an alternative method of public dissemination, the posting of these comments on the Antitrust Division's public website, and publication in the Federal Register of a statement providing the page on the Antitrust Division website where the comments can be viewed and downloaded.

**IT IS SO ORDERED.**

This the 4th day of March, 2026.

   _____
   United States District Judge