|   |   |
|---|---|
| THE UNITED STATES OF AMERICA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>REALPAGE, INC., *et al.*,<br><br>Defendants. | Case No. 1:24-cv-00710-WO-JGM<br><br>**NOTICE OF PENDING STIPULATION, FINAL JUDGMENT, AND CONSENT JUDGMENT RESOLVING CLAIMS AGAINST CORTLAND MANAGEMENT, LLC** |

With the Court's entry of the Greystar Management Services, LLC ("Greystar") Stipulation and Order and Final Judgment (Docs. 154 & 172), Defendant Cortland Management, LLC ("Cortland"), with consent of Plaintiffs the United States and the States of North Carolina and Colorado (collectively, "Plaintiffs"), respectfully files this notice that a similar Stipulation (Doc. 49), Final Judgment (Doc. 146-1), and Consent Judgment (Doc. 126-1) resolving Plaintiffs' claims against Cortland are also pending consideration by the Court.

The following consent motions are similar to the Stipulation (Doc. 154) and Final Judgment (Doc. 172) entered

by the Court and resolving claims against Greystar. Upon entry, resolution of these motions will resolve Plaintiffs' claims against Cortland:

- Docs. 49 (Stipulation and Order between Cortland and the United States) & 49-1 (Proposed Final Judgment);[1]

- Docs. 146 (United States's Motion for Entry of Consent Decree) & 146-1 (Proposed Final Judgment);

- Docs. 126 (Cortland, North Carolina & Colorado's Joint Motion for Entry of Consent Decree and Dismissal with Prejudice) & 126-1 (Consent Judgment).

Therefore, Cortland and Plaintiffs respectfully request entry of Docs. 49, 146-1, 126-1.

Respectfully submitted this 9th Day of March 2026.

---

[1] This Stipulation and Order predates the transfer of this matter to your Honor's docket.

_____
Christopher J. Derrenbacher
N.C. State Bar No. 25402
LEWIS BRISBOIS BISGAARD & SMITH LLP
3600 Glenwood Avenue, Suite 350
Raleigh, North Carolina 27612
Telephone: (919) 821-4020
Email:
Christopher.Derrenbacher@lewisbrisbois.com

Todd R. Seelman (LR 83.1(d) Counsel)
CO State Bar No. 20469
Thomas L. Dyer (LR 83.1(d) Counsel)
CO State Bar No. 53883
LEWIS BRISBOIS BISGAARD & SMITH LLP
Wells Fargo Center
1700 Lincoln Street, Suite 3500
Denver, Colorado 80203
Telephone: (720) 292-2002
Email: Todd.Seelman@lewisbrisbois.com
       Thomas.Dyer@lewisbrisbois.com

James W. Attridge (LR 83.1(d) Counsel)
D.C. Bar No. 1012322
Tiffany Rider (LR 83.1(d) Counsel)
D.C. Bar No. 481520
AXINN, VELTROP & HARKRIDER LLP
1901 L Street NW
Washington, DC 20036
Telephone: (202) 721-5404
Email: jattridge@axinn.com
       trider@axinn.com

*Attorneys for Defendant Cortland Management, LLC*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of March 2026, I filed the foregoing document titled **NOTICE OF PENDING STIPULATION, FINAL JUDGMENT, AND CONSENT JUDGMENT RESOLVING CLAIMS AGAINST CORTLAND MANAGEMENT, LLC** using the Court's CM/ECF system which will send notification to all counsel of record.

                                        _____
Christopher J. Derrenbacher
N.C. State Bar No. 25402
LEWIS BRISBOIS BISGAARD & SMITH LLP
3600 Glenwood Avenue, Suite 350
Raleigh, North Carolina 27612
Telephone: (919) 821-4020
Email:
Christopher.Derrenbacher@lewisbrisbois.com

*Attorney for Defendant Cortland Management, LLC*