IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

STATE OF NORTH CAROLINA,           )
STATE OF CALIFORNIA, STATE OF      )
COLORADO, STATE OF CONNECTICUT,    )
STATE OF MINNESOTA, STATE OF       )
OREGON, STATE OF TENNESSEE,        )
STATE OF WASHINGTON, STATE OF      )
ILLINOIS, and COMMONWEALTH OF      )
MASSACHUSETTS,                     )
                                   )
            Plaintiffs,            )
                                   )
    v.                             )        1:24-cv-710
                                   )
REALPAGE, INC., CAMDEN PROPERTY    )
TRUST, CORTLAND MANAGEMENT,        )
LLC, CUSHMAN & WAKEFIELD, INC.,    )
GREYSTAR REAL ESTATE PARTNERS,     )
LLC, LIVCOR, LLC, PINNACLE         )
PROPERTY MANAGEMENT SERVICES,      )
LLC, and WILLOW BRIDGE PROPERTY    )
COMPANY, LLC,                      )
                                   )
            Defendants.            )

## ORDER

Based on the parties' stipulation, (Doc. 143), and for good cause otherwise appearing, Defendant Greystar Real Estate Partners, LLC, is **DISMISSED WITHOUT PREJUDICE** from this action; Greystar Management Services, LLC, is **SUBSTITUTED** in its place as the defendant; Greystar Management Services, LLC **JOINS** defendants' joint motion to dismiss (Doc. 128); and the Complaint, (Doc. 47), is hereby **AMENDED** as follows:

"Greystar Real Estate Partners, LLC" is **STRICKEN** from the caption and replaced with "Greystar Management Services, LLC."

All references, explicit and implicit, to "Greystar" in the body of the Complaint (including Paragraphs 5, 19, 25, 87-90, 93, 97-99, 104, 129, 156, 167, 170, 199, & 206, and footnote 2) shall refer to "Greystar Management Services, LLC."

Paragraphs 246-48, as amended, now read as follows:

246.    The Court has personal jurisdiction over Greystar Management Services, LLC ("Greystar"); venue is proper in this District under Section 12 of the Clayton Act, 15 U.S.C. § 22, and under 28 U.S.C. §1391 because Greystar transacts business and resides within the District.

247.    Greystar is a privately-owned company organized under the laws of the State of Delaware and is headquartered in Charleston, South Carolina. Greystar is registered to do business in the State of North Carolina. Greystar, through one of its subsidiaries, manages multiple multifamily rental properties using AIRM within this District.

248.    Greystar engages in, and its activities substantially affect, interstate trade and commerce. Greystar, including through subsidiaries, manages multifamily rental units across the United States, including within this District. Greystar provides a range

- 2 -

of products and services that are marketed and offered to consumers throughout the United States and across state lines.

This the 26th day of March, 2026.

_____
United States District Judge

- 3 -