IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

STATE OF NORTH CAROLINA, )
STATE OF CALIFORNIA, STATE OF )
COLORADO, STATE OF CONNECTICUT, )
STATE OF MINNESOTA, STATE OF )
OREGON, STATE OF TENNESSEE, )
STATE OF WASHINGTON, STATE OF )
ILLINOIS, and COMMONWEALTH OF )
MASSACHUSETTS, )
                                 )
         Plaintiffs, )
                                   )
    v. )      1:24-cv-710
                                   )
REALPAGE, INC., CAMDEN PROPERTY )
TRUST, CORTLAND MANAGEMENT, )
LLC, CUSHMAN & WAKEFIELD, INC., )
GREYSTAR REAL ESTATE PARTNERS, )
LLC, LIVCOR, LLC, PINNACLE )
PROPERTY MANAGEMENT SERVICES, )
LLC, and WILLOW BRIDGE PROPERTY )
COMPANY, LLC, )
                                   )
         Defendants. )

## <u>ORDER</u>

Based on the parties' stipulation, (Dcc. 144), and for good cause otherwise appearing, Defendant Cushman & Wakefield, Inc., is **DISMISSED WITHOUT PREJUDICE** from this action, and the Complaint (Doc. 47) is hereby **AMENDED** as follows:

"Cushman & Wakefield" is **STRICKEN** from the caption, from Paragraph 5, from footnote 2, and from the headings for the First Claim for Relief and the Second Claim for Relief.

All references, explicit and implicit, to "Cushman & Wakefield" in the body of the Complaint (including Paragraphs 83–85, 88–89, 98, 140, 168, & 206) shall refer instead to "Pinnacle."

Paragraphs 243–45, as amended, shall now read as follows:

243.   The Court has personal jurisdiction over Pinnacle Property Management Services, LLC ("Pinnacle"); venue is proper in this District under Section 12 of the Clayton Act, 15 U.S.C. § 22, and under 28 U.S.C. § 1391 because Pinnacle transacts business and resides within this District.

244.   Pinnacle is organized under the laws of the State of Delaware and is headquartered in Frisco, Texas. Pinnacle is registered to do business in the State of North Carolina. Pinnacle manages multiple multifamily rental properties using YieldStar within this District.

245.   Pinnacle engages in, and its activities substantially affect, interstate trade and commerce. Pinnacle manages multifamily rental units across the United States, including within this District. It provides a range of multifamily property and revenue management services that are marketed and offered to consumers throughout the United States and across state lines.

This the 26th day of March, 2026.

_____
United States District Judge

- 3 -