| | |
|---|---|
| UNITED STATES OF AMERICA; STATE OF NORTH CAROLINA; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF ILLINOIS; COMMONWEALTH OF MASSACHUSETTS; STATE OF MINNESOTA; STATE OF OREGON; STATE OF TENNESSEE; and STATE OF WASHINGTON,<br><br>Plaintiffs,<br><br>v.<br><br>REALPAGE, INC., et al.<br><br>Defendants. | **JOINT MOTION TO EXTEND TIME TO REPORT TO COURT ON REALPAGE'S PENDING MOTION TO DISMISS** |

The undersigned counsel for the United States of America; the States of North Carolina, California, Colorado, Connecticut, Illinois, Minnesota, Oregon, Tennessee, and the Commonwealth of Massachusetts (collectively, the "States" and, together with the United States of America, "Plaintiffs") and Defendant RealPage, Inc. ("RealPage" and, collectively with Plaintiffs, the "Parties") move for a short extension of time to report to the Court regarding the Parties' proposal as to the Court's handling of RealPage's pending Motion to Dismiss the Amended Complaint (Doc. 73 ("Motion to Dismiss")), as set forth below:

1. On January 7, 2025, Plaintiffs filed their Amended Complaint (Doc. 47).

2. On February 4, 2025, RealPage filed its Motion to Dismiss the entire Amended Complaint (Doc. 73).

3. On November 24, 2025, the United States of America and RealPage filed a Stipulation and Order proposing to settle the United States of America's claims against RealPage, subject to the Court's final approval pursuant to the procedures set forth in the Antitrust Procedures and Penalties Act, 15 U.S. Code § 16(b)-(h). (Doc. 159.)

4. On March 25, 2026, the Court held a status conference to address various procedural matters, including the status of RealPage's Motion to Dismiss. The Parties informed the Court that the United States of America's and RealPage's settlement was still pending approval pursuant to the process set forth in the Stipulation. Counsel for RealPage asserted that if the Court approves the settlement, RealPage's Motion to Dismiss will be moot as to the United States, but not as to the claims of the States, which remain pending. Toward the conclusion of the hearing, the Court asked the Parties to confer and report to the Court regarding a proposed approach for handling this issue on or before April 8, 2026.

5. The Parties have conferred regarding RealPage's Motion to Dismiss, and they believe engaging in further discussions prior to submitting

- 2 -

a report to the Court would be productive, facilitate the Court's handling of this matter, and thereby serve the interests of judicial economy. Accordingly, the Parties respectfully request a brief extension, until April 17, 2026, to file the requested report.

WHEREFORE, the Parties respectfully request that the Court enter the proposed Order extending the time for them to report to the Court regarding the Parties' proposal as to the Court's handling of RealPage's pending Motion to Dismiss.

Respectfully submitted this 7th day of April, 2026.

Stephen Weissman
(*LR 83.1(d) Counsel*)
sweissman@gibsondunn.com

Michael J. Perry
(*LR 83.1(d) Counsel*)
mjperry@gibsondunn.com

GIBSON, DUNN &
CRUTCHER LLP
Washington, DC  20036-4504
1700 M Street, NW
Telephone: (202) 955-8500

/s/ Adam K. Doerr
Adam K. Doerr
N.C. Bar No. 37807
adoerr@robinsonbradshaw.com

Caroline H. Reinwald
N.C. Bar No. 58053
creinwald@robinsonbradshaw.com

ROBINSON, BRADSHAW &
HINSON, P.A.
600 S. Tryon St., Ste. 2300
Charlotte, North Carolina 28202
Telephone:  704.377.2536

Ben A. Sherwood
(*LR 83.1(d) Counsel*)
bsherwood@gibsondunn.com
GIBSON, DUNN &
CRUTCHER LLP
200 Park Avenue
New York, NY  10166-0193
Telephone: (212) 351-2671

*Attorneys for Defendant RealPage, Inc.*

- 4 -

**FOR PLAINTIFF UNITED STATES OF AMERICA:**

/s/ Henry C. Su
Henry C. Su
United State Department of Justice
Antitrust Division
450 Fifth Street N.W., Suite 7100
Washington DC  20530
Telephone:  (202) 307-6200
Email: henry.su@usdoj.gov

*Attorneys for Plaintiff United States of America*

**FOR PLAINTIFF STATE OF NORTH CAROLINA:**

JEFF JACKSON
Attorney General of North Carolina

DANIEL P. HOSTELLER
Associate Deputy Attorney General


/s/ Kunal J. Choski
Kunal J. Choski
Senior Deputy Attorney General
N.C. Bar. No. 55666
Asa C. Edwards IV
Special Deputy Attorney General
N.C. Bar No. 46000
North Carolina Department of Justice
114 W. Edenton Street
Raleigh, NC 27603
Telephone: 919-716-6000
Email: kchoksi@ncdoj.gov


*Attorneys for Plaintiff State of North Carolina*

**FOR PLAINTIFF STATE OF CALIFORNIA:**

ROB BONTA
Attorney General of California

PAULA L. BLIZZARD
Senior Assistant Attorney General

NATALIE S. MANZO
Supervising Deputy Attorney General


/s/ Pamela Pham
Doan-Phuong (Pamela) Pham
Quyen Toland
Deputy Attorneys General
Office of the Attorney General
California Department of Justice
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
Tel: (213) 269-6000
Email: Pamela.Pham@doj.ca.gov


*Attorneys for Plaintiff State of California*

**FOR PLAINTIFF STATE OF COLORADO:**

PHILIP J. WEISER
Attorney General of Colorado


/s/ Elizabeth W. Hereford
Elizabeth W. Hereford
Assistant Attorney General
Bryn A. Williams
First Assistant Attorney General
Colorado Department of Law
1300 Broadway, 9th Floor
Denver, CO 80203
Telephone: (720) 508-6000
Email: Elizabeth.Hereford@coag.gov


*Attorneys for the Plaintiff State of Colorado*

**FOR PLAINTIFF STATE OF CONNECTICUT:**

WILLIAM TONG
Attorney General of Connecticut

JEREMY PEARLMAN
Associate Attorney General

NICOLE DEMERS
Deputy Associate Attorney General


/s/ Julian A. Quirones Reyes
Julian A. Quirones Reyes
Assistant Attorney General
Office of the Connecticut Attorney General
165 Capitol Avenue
Hartford, CT 06106
Telephone: (860) 808-5030
Email: julian.quinones@ct.gov


*Attorney for Plaintiff State of Connecticut*

**FOR PLAINTIFF COMMONWEALTH OF MASSACHUSETTS:**

ANDREA JOY CAMPBELL
Attorney General of Massachusetts


/s/ Katherine W. Krems
Katherine W. Krems
Assistant Attorney General
Jennifer E. Greaeney
Deputy Chief
Antitrust Division
Office of the Massachusetts Attorney General
One Ashburton Place
18th Floor
Boston, Massachusetts 02108
(617) 963-2189
Katherine.Krems@mass.gov
Jennifer.Greaney@mass.gov


*Attorneys for Plaintiff Commonwealth of Massachusetts*

- 10 -

**FOR PLAINTIFF STATE OF MINNESOTA:**

KEITH ELLISON
Attorney General of Minnesota

JAMES CANADAY
Deputy Attorney General


/s/ Katherine A. Moerke
Katherine A. Moerke
Elizabeth Odette
Sarah Doktori
ARAH DOKTORI
Assistant Attorneys General
Office of the Minnesota Attorney General
445 Minnesota Street, Suite 600
St. Paul, MN 55101
katherine.moerke@ag.state.mn.us
Telephone: (651) 757-1288
elizabeth.odette@ag.state.mn.us
Telephone: (651) 728-7208
sarah.doktori@ag.state.mn.us
Telephone: (651) 583-6694

*Attorneys for Plaintiff State of Minnesota*

**FOR PLAINTIFF STATE OF OREGON:**

DAN RAYFIELD
Attorney General of Oregon


/s/ Timothy D. Smith
Timothy D. Smith
Attorney-in-Charge
Economic Justice Section
Oregon Department of Justice
100 SW Market St, Portland OR 97201
503.798.3297 I
tim.smith@doj.oregon.gov

*Attorneys for Plaintiff State of Oregon*

**FOR PLAINTIFF STATE OF TENNESSEE:**

JONATHAN SKRMETTI
Attorney General of Tennessee

DAVID MCDOWELL
Deputy Attorney General


/s/ Daniel Lynch
Daniel Lynch
Assistant Attorney General
S. Ethan Bowers
Senior Assistant Attorney General
Sophie Assadnia
Assistant Attorney General
Consumer Protection Division
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, Tennessee 37202
daniel.lynch@ag.tn.gov
615.532.5732
ethan.bowers@ag.tn.gov
615.837.5582
sophie.assadnia@ag.tn.gov
615.532.4208


*Attorneys for Plaintiff State of Tennessee*

**FOR PLAINTIFF STATE OF ILLINOIS**

KWAME RAOUL
Attorney General of Illinois


/s/ Daniel R. Betancourt
Daniel R. Betancourt, Assistant Attorney General
Jennifer M. Coronel Assistant Attorney General
Paul J. Harper, Assistant Attorney General
Office of the Illinois Attorney General
115 S. LaSalle St., Floor 23
Chicago, IL 60603
Tel: (312) 415-7945
daniel.betancourt@ilag gov
paul.harper@ilag.gov
jennifer.coronel@ilag.gov


*Attorneys for Plaintiff State of Illinois*