# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
### Civil Action No.: 1:24-cv-00710-LCB-JLW

UNITED STATES OF AMERICA;
STATE OF NORTH CAROLINA;
STATE OF CALIFORNIA; STATE
OF COLORADO; STATE OF
CONNECTICUT; STATE OF
ILLINOIS; COMMONWEALTH OF
MASSACHUSETTS; STATE OF
MINNESOTA; STATE OF OREGON;
STATE OF TENNESSEE; and
STATE OF WASHINGTON,

    Plaintiffs,

    v.

REALPAGE, INC.; CAMDEN
PROPERTY TRUST; CORTLAND
MANAGEMENT, LLC; CUSHMAN &
WAKEFIELD, INC.; GREYSTAR
REAL ESTATE PARTNERS, LLC;
LIVCOR, LLC; PINNACLE
PROPERTY MANAGEMENT
SERVICES, LLC; and WILLOW
BRIDGE PROPERTY COMPANY,
LLC,

    Defendants.

**ORDER ON JOINT MOTION
TO EXTEND TIME TO
REPORT TO COURT ON
REALPAGE'S PENDING
MOTION TO DISMISS**

**THIS MATTER** is before the Court on the Parties' Joint Motion to
Extend Time to report to the Court regarding the Parties' proposal as to the
Court's handling of RealPage's pending Motion to Dismiss the Amended
Complaint (Doc. 73). Having carefully considered the motion, and for good

- 1 -

Case 1:24-cv-00710-WO-JGM    Document 185-1    Filed 04/07/26    Page 1 of 2

cause shown, the undersigned will grant the motion as follows.

**IT IS, THEREFORE, ORDERED** that the Parties shall file the report that the Court requested at the March 25, 2026 Status Conference on or before April 17, 2026.

**SO ORDERED:**

Case 1:24-cv-00710-WO-JGM    Document 185-1    Filed 04/07/26    Page 2 of 2