# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA,

        Plaintiff,

      v.

LIVCOR, LLC,

        Defendant.

No. 1:24-cv-00710-WLO

## CERTIFICATE OF COMPLIANCE WITH PROVISIONS
## OF THE ANTITRUST PROCEDURES AND PENALTIES ACT

The United States of America hereby certifies that it has complied with the Antitrust Procedures and Penalties Act ("APPA"), 15 U.S.C. § 16(b–h), regarding the proposed Final Judgment (Doc. 152-1) with Defendant LivCor, LLC ("LivCor"), and states:

1.   The United States filed its Complaint against LivCor on January 7, 2025. (Doc. 47.) The United States subsequently filed a Stipulation and Order and proposed Final Judgment proposing to resolve its claims against LivCor on December 23, 2025, and a related Competitive Impact Statement on January 8, 2026. (Docs. 164, 164-1, 168.) On March 26, 2026, the Court entered the Stipulation and Order. (Doc. 183.)

2.   Pursuant to 15 U.S.C. § 16(b), the proposed Final Judgment and the Competitive Impact Statement were published in

the Federal Register on January 21, 2026 (91 Fed. Reg. 2592 (2026)), and copies of the proposed Final Judgment and Competitive Impact Statement were furnished to all persons requesting them and made available on the U.S. Department of Justice Antitrust Division's website.

3.   Pursuant to 15 U.S.C. § 16(c), a summary of the terms of the proposed Final Judgment and Competitive Impact Statement was published in The Washington Post, a newspaper of general circulation in the District of Columbia, from January 21 to February 4, 2026, and in the Greensboro News and Record, a newspaper of general circulation in Guilford County, North Carolina, from January 21 to February 5, 2026.

4.   No determinative materials or documents within the meaning of 15 U.S.C. § 16(b) were considered by the United States in formulating the proposed Final Judgment, so none were furnished to any person pursuant to 15 U.S.C. § 16(b) or listed pursuant to 15 U.S.C. § 16(c).

5.   As required by 15 U.S.C. § 16(g), on January 6, 2026, LivCor filed with the Court descriptions of any written or oral communications made by or on behalf of Defendant with any officer or employee of the United States concerning the proposed Final Judgment. (Doc. 167.)

2

6. The public comment period specified in 15 U.S.C. § 16(b) commenced on January 29, 2026, and ran for at least 60 days.

7. The United States received no comments from members of the public concerning the proposed Final Judgment. Accordingly, the provision of the APPA requiring the United States to consider and respond to any public comments is inapplicable in this case. 15 U.S.C. § 16(d).

8. The parties have, therefore, satisfied all of the requirements of the APPA that were conditions for entering the proposed Final Judgment. Pursuant to the Stipulation and Order filed on December 23, 2025 and entered on March 26, 2026, and 15 U.S.C. § 16(e), the Court may enter the Final Judgment after it determines that the proposed Final Judgment serves the public interest. (See Doc. 183.)

9. The United States' Competitive Impact Statement demonstrates that the proposed Final Judgment satisfies the public interest standard of 15 U.S.C. § 16(e).

10. Pursuant to the Stipulation and Order entered on March 26, 2026, LivCor stipulated that the Final Judgment could be filed with and entered by the Court, upon the motion of the United States or upon the Court's own motion, at any time after compliance with the requirements of the APPA, and without further notice to any party or other proceeding. (Doc. 183.)

3

10. The United States requests that this Court enter the Final Judgment without further proceedings or hearings.

Dated: April 10, 2026

Respectfully submitted,

By: /s/ Henry C. Su

Henry C. Su
David A. Geiger
Danielle G. Hauck
John J. Hogan
Kris A. Pérez Hicks

Attorneys
United States Department of Justice
Antitrust Division
450 Fifth Street N.W., Suite 7100
Washington, DC 20530
Telephone: (202) 307-6200
Email: henry.su@usdoj.gov

4