# EXHIBIT B

|  |  |
|---|---|
| UNITED STATES OF AMERICA, <br><br>         *Plaintiff*, <br><br>         v. <br><br> REALPAGE, INC., <br><br>         *Defendant*. | No. 1:24-cv-00710-WLO |

**CERTIFICATE OF COMPLIANCE WITH PROVISIONS**
**OF THE ANTITRUST PROCEDURES AND PENALTIES ACT**

The United States of America hereby certifies that it has complied with the Antitrust Procedures and Penalties Act ("APPA"), 15 U.S.C. § 16, and states:

1.    The United States filed the Complaint against RealPage on August 23, 2024 (Doc. 1). The United States subsequently filed a Stipulation and Order, proposed Final Judgment, and Competitive Impact Statement on November 24, 2025 (Docs. 159, 159-1, 160). On March 26, 2026, the Court entered the Stipulation and Order (Doc. 182).

2.    Pursuant to 15 U.S.C. § 16(b), the proposed Final Judgment and the Competitive Impact Statement were published in the Federal Register on December 5, 2025 (90 Fed. Reg. 56286 (2025)), and copies of the proposed Final Judgment and Competitive Impact Statement were furnished to all persons

1

requesting them and made available on the Department of Justice Antitrust Division's website.

3.    Pursuant to 15 U.S.C. § 16(c), a summary of the terms of the proposed Final Judgment and Competitive Impact Statement was published in The Washington Post, a newspaper of general circulation in the District of Columbia, from December 10 to 16, 2025, and in the Greensboro News and Record, a newspaper of general circulation in Guilford County, North Carolina, from December 10 to 17, 2025.

4.    No determinative materials or documents within the meaning of 15 U.S.C. § 16(b) were considered by the United States in formulating the proposed Final Judgment, so none were furnished to any person pursuant to 15 U.S.C. § 16(b) or listed pursuant to 15 U.S.C. § 16(c).

5.    As required by 15 U.S.C. § 16(g), on December 4, 2025 Defendant filed with the Court descriptions of any written or oral communications made by or on behalf of Defendant with any officer or employee of the United States concerning the proposed Final Judgment.

6.    The public comment period specified in 15 U.S.C. § 16(b) commenced on December 17, 2025 and ran for at least 60 days.

7.    The United States received and responded to eight comments from seven commenters on the proposed Final Judgment.

2

The comments and the United States' response were filed with the Court on April 30, 2026. Pursuant to 15 U.S.C. § 16(d), and with the Court's authorization (see the Court's Order of March 4, 2026), the United States posted on the Antitrust Division's website all comments and the United States' response. The response and the location at which the comments can be found were published in the Federal Register on May 8, 2026, see 91 Fed. Reg. 25373 (2026).

8. The parties have, therefore, satisfied all of the requirements of the APPA that were conditions for entering the proposed Final Judgment. Pursuant to the Stipulation and Order entered on March 26, 2026, and 15 U.S.C. § 16(e), the Court may enter the Final Judgment after it determines that the proposed Final Judgment serves the public interest.

9. The United States' Competitive Impact Statement and Response to Public Comments demonstrate that the proposed Final Judgment satisfies the public interest standard of 15 U.S.C. § 16(e).

10. Pursuant to the Stipulation and Order entered on March 26, 2026, Defendant stipulated that the Final Judgment could be filed with and entered by the Court, upon the motion of the United States or upon the Court's own motion, at any time after compliance with the requirements of the APPA, and without further notice to any party or other proceeding.

3

10. The United States requests that this Court enter the Final Judgment without further proceedings or hearings.

Dated: May 14, 2026

Respectfully submitted,

FOR PLAINTIFF
UNITED STATES OF AMERICA

By: /s/ Henry C. Su

Henry C. Su
David A. Geiger
Danielle G. Hauck
Kris A. Perez Hicks

Attorneys
United States Department of Justice
Antitrust Division
450 Fifth Street N.W., Suite 7100
Washington, DC 20530
Telephone: (202) 307-6200
Email: henry.su@usdoj.gov

COUNSEL FOR PLAINTIFF
UNITED STATES OF AMERICA

4