IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF NORTH CAROLINA, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF CONNECTICUT, STATE OF ILLINOIS, COMMONWEALTH OF MASSACHUSETTS, STATE OF MINNESOTA, STATE OF OREGON, and STATE OF TENNESSEE,<br><br>      Plaintiffs,<br><br><br>      vs.<br><br><br><br>REALPAGE, INC.; CAMDEN PROPERTY TRUST; CORTLAND MANAGEMENT, LLC; CUSHMAN & WAKEFIELD, INC.; GREYSTAR REAL ESTATE PARTNERS, LLC; LIVCOR, LLC; PINNACLE PROPERTY MANAGEMENT SERVICES, LLC; and WILLOW BRIDGE PROPERTY COMPANY, LLC,<br><br>      Defendants. | No. 1:24-cv-00710-WLO-JGM |

**PLAINTIFF'S SUGGESTION OF SUBSEQUENTLY DECIDED AUTHORITY**

In connection with the pending Motions to Dismiss filed by

Defendants (Docs. 73 & 128), and pursuant to Local Rule 7.3(i)

of this Court, Plaintiff United States of America attaches a

copy of a Memorandum Opinion issued by the United States District Court for the District of New Jersey in <u>Platkin, et al. v. RealPage, Inc., et al.</u>, No. 2:25-cv-03057-MCA-JSA (D.N.J. filed on Mar. 31, 2026 and unsealed on May 14, 2026) (ECF 160 & 191).[1]

    Dated: May 19, 2026      Respectfully submitted,

                By:  s/ Henry C. Su

                Henry C. Su
                David A. Geiger
                Jessica Butler-Arkow
                Kris A. Perez Hicks
                Christine Sommer

                Attorneys
                United States Department of Justice
                Antitrust Division
                450 Fifth Street N.W., Suite 7100
                Washington, DC 20530
                Telephone: (202) 307-6200
                Email: henry.su@usdoj.gov

---

[1] Defendants' Motions to Dismiss remain pending for certain Plaintiffs and Defendants, as the Court's docket reflects.

- 2 -

**CERTIFICATE OF SERVICE**

I hereby certify that on May 19, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

By: s/ Henry C. Su

Henry C. Su

- 3 -