# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA, *et al*   )
                )
        Plaintiff,       )   Case No. 1:24-cv-00710-LCB-JLW
                )
v.                 )   **NOTICE OF SPECIAL**
                )   **APPEARANCE**
REALPAGE, INC., *et al.*,     )
                )
        Defendants    )

Please take notice that the undersigned Emily W. Collins hereby enters a notice of special appearance as attorney for Defendant Willow Bridge Property Company, LLC, in the above-captioned matter, in association with Eric Steven Goodheart, a member of the bar of this Court.

This 9th day of June 2026.

/s/ Emily W. Collins
Emily W. Collins
Texas State Bar No. 24099185
DLA PIPER LLP (US)
303 Colorado Street, Suite 3000
Austin, Texas 78701
emily.collins@us.dlapiper.com
Tel: (512) 457-7290
Fax: (512) 721-2390

/s/ Becky L. Caruso
Becky L. Caruso
New Jersey Bar No. 01562008
DLA Piper LLP (US)

51 John F. Kennedy Parkway, Suite 120
Short Hills, NJ 07078-2704
becky.caruso@us.dlapiper.com
Tel: (973) 520-2550
Fax: (973) 520-2551


/s/ Gregory J. Casas
Gregory J. Casas
Texas State Bar No. 00787213
DLA PIPER LLP (US)
303 Colorado Street, Suite 3000
Austin, Texas 78701
greg.casas@us.dlapiper.com
Tel: (512) 457-7290
Fax: (512) 721-2390


/s/ Eric Steven Goodheart
Eric Steven Goodheart
North Carolina Bar No. NC-53476
DLA PIPER LLP (US)
4141 Parklake Avenue, Suite 300
Raleigh, North Carolina 27612-2350
eric.goodheart@us.dlapiper.com
Tel: (919) 786-2012
Fax: (919) 591-0412


**ATTORNEYS FOR WILLOW BRIDGE
PROPERTY COMPANY, LLC**