**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>LivCor, LLC,<br><br>　　　　Defendant. | **No. 1:24-cv-00710-WLO-JLW**<br><br>**JOINT MOTION OF PLAINTIFF STATES AND LIVCOR, LLC FOR ENTRY OF CONSENT JUDGMENT AND DISMISSAL WITH PREJUDICE** |

Plaintiff States of California, Colorado, Connecticut, Illinois, Minnesota, North Carolina, Oregon, and Tennessee, and the Commonwealth of Massachusetts, acting by and through their respective Attorneys General (collectively, the "Plaintiff States") and LivCor, LLC ("LivCor") have negotiated and agreed to resolve all issues in this matter in accordance with the terms of the Consent Judgment and Dismissal with Prejudice attached hereto as Exhibit A.

LivCor's Consent Judgment with the Plaintiff States resolves all claims against LivCor in this case because LivCor previously reached resolution with Plaintiff the United States of America through a Proposed Final Judgment filed with the Court on December 23, 2025. (ECF. Nos. 164, 164-1.) The Court entered the settlement stipulation between the United States and LivCor on May 19, 2026.

1

(ECF No. 193.)

Dated: June 18, 2026

<table>
<tr><td>

/s/ *Kunal J. Choksi*

KUNAL J. CHOKSI
Senior Deputy Attorney General
N.C. Bar. No. 55666
ASA C. EDWARDS IV
Special Deputy Attorney General
N.C. Bar No. 46000
North Carolina Department of
Justice
114 W. Edenton St.
Raleigh, NC 27603
919-716-6000
kchoksi@ncdoj.gov

*Attorneys for Plaintiff State of North Carolina*

</td><td>

/s/ *Kearns Davis*

Kearns Davis
NC Bar No. 22014
James W. Whalen
NC Bar No. 58477
Brooks, Pierce, McLendon,
Humphrey & Leonard
2000 Renaissance Plaza
230 North Elm Street
Greensboro, NC 27401
(336) 373-8850
kdavis@brookspierce.com
jwhalen@brookspierce.com

/s/ *David Kiernan*

David Kiernan
JONES DAY
555 California Street
26th Floor
San Francisco, CA 94104
(415) 875-5745
dkiernan@jonesday.com

Katherine Brockmeyer
JONES DAY
51 Louisiana Ave NW
Washington, DC 20001
(202) 879-3660
kbrockmeyer@jonesday.com

Michelle K. Fischer
JONES DAY
901 Lakeside Avenue
Cleveland, OH 44114
(216) 586-7096
mfischer@jonesday.com

Peter J. Schwingler
JONES DAY
90 South Seventh Street
Suite 4950

</td></tr>
</table>

2

Minneapolis, MN 55402
(612) 217-8866
pschwingler@jonesday.com

*Attorneys for Defendant LivCor, LLC*

| | |
|---|---|
| /s/ *Pamela Pham* | /s/ *Timothy D. Smith* |

DOAN-PHUONG (PAMELA) PHAM
Deputy Attorney General
Office of the Attorney General
California Department of Justice
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
(213) 269-6000
Pamela.Pham@doj.ca.gov

*Attorney for Plaintiff State of California*

TIMOTHY D. SMITH
Attorney-in-Charge
Economic Justice Section
Oregon Department of Justice
100 SW Market St.
Portland OR 97201
503.798.3297
tim.smith@doj.oregon.gov

*Attorney for Plaintiff State of Oregon*

| | |
|---|---|
| /s/ *Elizabeth W. Hereford* | /s/ *Daniel Lynch* |

Elizabeth W. Hereford
Assistant Attorney General
Bryn A. Williams
First Assistant Attorney General
Colorado Department of Law
1300 Broadway, 9th Floor
Denver, CO 80203
Telephone: (720) 508-6000
Email:
Elizabeth.Hereford@coag.gov
Bryn.Williams@coag.gov

*Attorneys for the Plaintiff State of Colorado*

DANIEL LYNCH
Assistant Attorney General
SOPHIE ASSADNIA
Assistant Attorney General
S. ETHAN BOWERS
Senior Assistant Attorney General
Antitrust and Scaled Industries Division
Office of the Tennessee Attorney General
UBS Building, 20th Floor
315 Deaderick Street,
Nashville, Tennessee 37243
615.532.5732
daniel.lynch@ag.tn.gov

*Attorneys for Plaintiff State of Tennessee*

3

/s/ *Julián A. Quiñones Reyes*

Julián A. Quiñones Reyes
Assistant Attorney General
Office of the Connecticut
Attorney General
165 Capitol Avenue
Hartford, CT 06106
(860) 808-5030
julian.quinones@ct.gov

*Attorney for Plaintiff State of Connecticut*


/s/ *Katherine W. Krems*

KATHERINE W. KREMS
Assistant Attorney General
JENNIFER E. GREANEY
Deputy Chief/Antitrust Division
Office of the Massachusetts
Attorney General
One Ashburton Place
18th Floor
Boston, Massachusetts 02108
(617) 963-2189
Katherine.Krems@mass.gov
Jennifer.Greaney@mass.gov

*Attorneys for Plaintiff Commonwealth of Massachusetts*


/s/ *Daniel R. Betancourt*

DANIEL BETANCOURT, Assistant
Attorney General
JENNIFER M. CORONEL,
Deputy Chief/Antitrust Bureau
PAUL J. HARPER,
Supervising Attorney/Antitrust
Bureau
Office of the Illinois Attorney
General
115 S. LaSalle St., Floor 23
Chicago, IL 60603
Tel: (312) 415-7945
Daniel.betancourt@ilag.gov
Paul.harper@ilag.gov
Jennifer.coronel@ilag.gov

*Attorneys for Plaintiff State of Illinois*


/s/ *Katherine A. Moerke*

KATHERINE A. MOERKE
ELIZABETH ODETTE
SARAH DOKTORI
Assistant Attorneys General
Office of the Minnesota Attorney
General
445 Minnesota Street, Suite 600
St. Paul, MN 55101-2130
katherine.moerke@ag.state.mn.us
Telephone: (651) 757-1288
elizabeth.odette@ag.state.mn.us
Telephone: (651) 728-7208
sarah.doktori@ag.state.mn.us
Telephone: (651) 583-6694

*Attorneys for Plaintiff State of Minnesota*

4

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing was filed electronically this the June 18, 2026. Notice of this filing was served via the Court's Electronic Case Filing system to all parties and counsel listed on the electronic filing receipt. Copies may also be accessed through the Court's Electronic Case Filing system.

/s/ *Kearns Davis*
Kearns Davis

5