# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>　　　　Plaintiffs,<br>v.<br><br>REALPAGE, INC., *et al.*,<br><br>　　　　Defendants. | Case No. 1:24-cv-00710-WO-JLW<br><br>**FILING AND CERTIFICATION OF COMPLIANCE UNDER 15 U.S.C. § 16(G) BY WILLOW BRIDGE PROPERTY COMPANY, LLC** |

Pursuant to Section 2(g) of the Antitrust Procedures and Penalties Act, 15 U.S.C. § 16(g), Defendant Willow Bridge Property Company, LLC ("Willow Bridge") submits the following description and certification of all written or oral communications by or on behalf of Willow Bridge with any officer or employee of the United States concerning or relevant to the Willow Bridge Proposed Final Judgment filed in this action. (ECF No. 200-1.) In accordance with Section 2(g), this description excludes any communications "made by counsel of record alone with the Attorney General or the employees of the Department of Justice alone."

1

On June 4, 2026 pursuant and subject to Federal Rule of Evidence 408, counsel for Willow Bridge met via Microsoft Teams with representatives of the Department of Justice's Antitrust Division (the "Antitrust Division") and its co-Plaintiff States Attorneys General to discuss Willow Bridge's proprietary revenue management product and answered questions from the Antitrust Division. At the meeting, counsel for Willow Bridge was accompanied by Willow Bridge employees Greg Burmeister (General Counsel), Michelle Artz (Vice President, Asset Strategy and Optimization), and Josh Francis (National Director, Asset Strategy), and independent contractors Bill Budwitz and John Tolliver, both of whom are employees of Motus, LLC. Officers or employees of the United States who attended some or all of the meeting included:

- David Geiger (Acting Assistant Section Chief, DOJ Antitrust Division)

- Henry Su (Senior Litigation Counsel, DOJ Antitrust Division)

- Kris Perez Hicks (Trial Attorney, DOJ Antitrust Division)

**<u>CERTIFICATION</u>**

Willow Bridge certifies that, with this submission, Willow Bridge has complied with the requirements of Section 2(g), and that this submission is a true and complete description of communications by or on behalf of Willow Bridge, known to Willow Bridge, or which Willow Bridge reasonably should have known, that are required to be reported pursuant to that provision.

This 16th day of July, 2026

*/s/ Eric Steven Goodheart*
Eric Steven Goodheart
North Carolina Bar No. NC-53476
DLA PIPER LLP (US)
1650 Market Street, Suite 5000
Philadelphia, PA 19103
eric.goodheart@us.dlapiper.com
Tel: (215) 656-3371

Gregory J. Casas
(LR 83.1(d) Counsel)
Emily W. Collins (LR 83.1 (d) Counsel)
Claire Smith (LR 83.1 (d) Counsel)
DLA PIPER LLP (US)
303 Colorado Street, Suite 3000
Austin, Texas 78701
greg.casas@us.dlapiper.com
emily.collins@us.dlapiper.com

3

claire.smith@us.dlapiper.com
Tel: (512) 457-7290
Fax: (512) 721-2390

Becky L. Caruso
(LR 83.1(d) Counsel)
DLA Piper LLP (US)
51 John F. Kennedy Parkway,
Suite 120
Short Hills, NJ 07078-2704
becky.caruso@us.dlapiper.com
Tel: (973) 520-2550
Fax: (973) 520-2551

**ATTORNEYS FOR WILLOW BRIDGE
PROPERTY COMPANY, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of July 2026, I filed the foregoing document titled **FILING AND CERTIFICATION OF COMPLIANCE UNDER 15 U.S.C. § 16(G) BY WILLOW BRIDGE PROPERTY COMPANY, LLC** using the Court's CM/ECF system which will send notification to all counsel of record.

*/s/ Eric Steven Goodheart*
Eric Steven Goodheart

4