IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF NORTH CAROLINA, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF CONNECTICUT, STATE OF ILLINOIS, COMMONWEALTH OF MASSACHUSETTS, STATE OF MINNESOTA, STATE OF OREGON, and STATE OF TENNESSEE,<br><br>    Plaintiffs,<br><br>    vs.<br><br>REALPAGE, INC.; CAMDEN PROPERTY TRUST; CORTLAND MANAGEMENT, LLC; CUSHMAN & WAKEFIELD, INC.; GREYSTAR REAL ESTATE PARTNERS, LLC; LIVCOR, LLC; PINNACLE PROPERTY MANAGEMENT SERVICES, LLC; and WILLOW BRIDGE PROPERTY COMPANY, LLC,<br><br>    Defendants. | No. 1:24-cv-00710-WLO-JGM |

**PLAINTIFF'S SUGGESTION OF SUBSEQUENTLY DECIDED AUTHORITY**

In connection with the pending Motions to Dismiss filed by Defendants (Docs. 73, 128, 132, 133 & 137),[1] and pursuant to Local Rule 7.3(i) of this Court, Plaintiff United States of America attaches a copy of a precedential Opinion issued by the United States Court of Appeals for the Third Circuit in Cornish-Adebiyi, et al. v. Caesars Entertainment, Inc., et al., No. 24-3006 (3d Cir. filed July 29, 2026 (ECF 114)).

Dated: July 31, 2026

Respectfully submitted,

By:  s/ Henry C. Su

Henry C. Su
David A. Geiger
Jessica Butler-Arkow
Christine Sommer

Attorneys
United States Department of Justice
Antitrust Division
450 Fifth Street N.W., Suite 7100
Washington, DC 20530
Telephone: (202) 307-6200
Email: henry.su@usdoj.gov

---

[1] Defendants' Motions to Dismiss remain pending for certain Plaintiffs and Defendants, as the Court's docket reflects.

- 2 -

**CERTIFICATE OF SERVICE**

I hereby certify that on July 31, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

By: s/ Henry C. Su

Henry C. Su

– 3 –