IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF CONNECTICUT, STATE OF MINESOTA, STATE OF OREGON, STATE OF TENNESSEE, STATE OF WASHINGTON, STATE OF ILLINOIS, and COMMONWEALTH OF MASSACHUSETTS, | ) | |
| Plaintiffs, | ) | |
| v. | ) | 1:24-cv-710 |
| REALPAGE, INC., CAMDEN PROPERTY TRUST, CORTLAND MANAGEMENT, LLC, GREYSTAR MANAGEMENT SERVICES, LLC, LIVCOR, LLC, PINNACLE PROPERTY MANAGEMENT SERVICES, LLC, AND WILLOW BRIDGE PROPERTY COMPANY, LLC. | ) | |
| Defendants. | ) | |

**NOTICE AND ORDER**

The docket in this case has grown complex. Various motions to dismiss, under Federal Rule of Civil Procedure 12(b)(6), have been overtaken by consent decrees and partial or final judgments. In light of these developments, this court sets out its assessment of what remains ripe for decision to confirm what was previously agreed upon by the parties during the last status conference.

The following motions remain pending and are ripe for adjudication:

- Defendant RealPage, Inc.'s Motion to Dismiss (Doc. 73) which remains pending as to the Plaintiff States' claims and is moot as to the Plaintiff United States of America's claims following this court's entry of Final Judgment. (Doc. 194).
- All Other Defendants' Joint Motion to Dismiss, (Doc. 128), insofar as all Plaintiffs continue to bring claims against Camden Property Trust and Pinnacle Property Management Services, LLC, and insofar as the Plaintiff States continue to bring claims against Willow Bridge Property Company, LLC.
- Defendant Willow Bridge Property Company, LLC's Motion to Dismiss, (Doc. 132), insofar as the Plaintiff States continue to bring claims. The motion is denied without prejudice as to Plaintiff United States in light of the Stipulation and Order entered by this court. (Doc. 204).
- Defendant Camden Property Trust's Motion to Dismiss, (Doc. 133), insofar as all Plaintiffs continue to bring claims.

- Defendant Pinnacle Property Management Services, LLC's Motion to Dismiss, (Doc. 137), insofar as all Plaintiffs continue to bring claims.

The following motions to dismiss are considered moot:

- Defendant LivCor, LLC's Motion to Dismiss, (Doc. 135), since this court entered Final Judgment between Plaintiff United States and LivCor, LLC, (Doc. 193), and Final Consent Judgment between Plaintiff States and LivCor, LLC. (Doc. 199).
- Defendant Greystar Management Services, LLC's Motion to Dismiss, (Doc. 130), since this court entered Final Judgment between Plaintiff United States and Greystar Management Services, LLC, (Doc. 172), and Final Consent Judgment between Plaintiff States and Greystar Management Services, LLC. (Doc. 181).

This court finds the existing briefing sufficient and does not invite further submissions on the motions listed above as pending.

**IT IS THEREFORE ORDERED** that any party contending a consent decree, final judgment, or other order renders an additional motion moot shall file a response within seven (7) days of the date of this Notice. The response shall identify the specific motion or claim at issue, the specific document said to render it

moot, and the basis for that contention. The notice shall not exceed five pages. Relatedly, if a party contends all or part of a motion remains ripe and is misidentified herein, the party shall file a response identifying the pending motion.

**IT IS FURTHER ORDERED** that, absent a timely response, this court will treat each motion listed as pending above as ripe for decision. No further notice will be given.

**IT IS FURTHER ORDERED** that Defendant Willow Bridge Property Company, LLC's Motion to Dismiss, (Doc. 132), is **DENIED WITHOUT PREJUDICE** as to the claims of Plaintiff United States of America. The motion **REMAINS PENDING** as to the claims of the Plaintiff States.

This the 25th day of August, 2026.

William L. Osteen, Jr.
United States District Judge