**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>REALPAGE, INC., *et al.*,<br><br>*Defendants*. | Case No. 1:24-cv-00710-WO-JLW |

**DEFENDANT PINNACLE PROPERTY MANAGEMENT SERVICES' ADDITIONAL NOTICE REGARDING MOOTNESS**

Pinnacle Property Management Services ("Pinnacle") files this additional statement in response to the Court's August 25 order, Dkt. 209, to update the Court on how its proposed consent decree with the U.S. Department of Justice ("DOJ") affects its pending motions to dismiss.

The Court's August 25 order asked the parties to identify whether any pending motions to dismiss are mooted by the consent decrees in this case. Dkt. 209. On September 1, Pinnacle filed a statement in response. Dkt. 212. On September 4, the DOJ and Pinnacle entered a proposed consent decree and filed it with the Court ("Pinnacle Consent Decree"), along with a stipulation whereby Pinnacle agreed to abide by the proposed consent decree pending approval. Dkt. 213, 213-1.

Pinnacle has two pending motions to dismiss that are ripe for the Court's decision. Dkt. 128; Dkt. 137. The Pinnacle Consent Decree affects these motions in two ways.

First, as to the DOJ's claims, if the Court approves the Pinnacle Consent Decree, those motions will be moot.

Second, as to the State Plaintiffs' claims, the motions will remain live and should be granted. In addition, as Pinnacle explained in its September 1 statement, the State Plaintiffs' Section 1 claims are now moot because of the

RealPage consent decree and those claims should be dismissed with prejudice. The Pinnacle Consent Decree further confirms that the State Plaintiff Section 1 claims are moot.

The DOJ and the State Plaintiffs have the exact same case: they have one complaint; they assert the same Section 1 claims; and they seek the same injunctive and declaratory relief. They rely on identical allegations that property management companies share confidential information with RealPage, that information is used in RealPage's price models, and some RealPage software features encouraged acceptance of its price recommendations. Am. Compl., Dkt. 47 at ¶¶259-79.

The RealPage consent decree already mooted the State Plaintiffs' Section 1 claims by preventing RealPage -- and thus RealPage users -- from engaging in the alleged conduct. See Dkt. 212. The Pinnacle Consent Decree makes this mootness even more clear as it directly prohibits Pinnacle itself from engaging in the alleged conduct. As the DOJ explains in its Competitive Impact Statement, the Pinnacle Consent Decree will "remedy the loss of competition alleged in the Complaint." Dkt. 215 at 4-5. Among other things, the DOJ explains that Pinnacle: (1) "cannot license or use any third-party revenue management product that uses third-party nonpublic data to

recommend or set prices," (2) "cannot license or use any third-party revenue management product that pools information across Pinnacle properties with different owners," and (3) "cannot disclose, solicit, or use competitively sensitive information from competitors that can be used to set rental prices or generate pricing." Id. at 5.

For these reasons and those explained in Pinnacle's prior response, Dkt. 212, the State Plaintiffs' Section 1 claims are moot and the Court should dismiss those claims with prejudice or permit further briefing on this issue.

Respectfully submitted,

September 8, 2026

*<u>/s/ Kenneth S. Reinker</u>*
Kenneth S. Reinker
D.C. Bar No. 999958
Jeremy Calsyn
D.C. Bar No. 467737
Cleary Gottlieb Steen and Hamilton LLP
2112 Pennsylvania Avenue, NW
Washington, D.C. 20037
Telephone: (202) 974-1522
Facsimile: (202) 974-1999
E-Mail: jcalsyn@cgsh.com
E-Mail: kreinker@cgsh.com

Joseph Kay
N.Y. Bar No. 5410055
Cleary Gottlieb Steen and Hamilton LLP

One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2745
Facsimile: (212) 225-3999
E-Mail: jkay@cgsh.com

*/s/ Aaron J. Horner*

Michael Montecalvo
N.C. Bar No. 24943
Aaron J. Horner
N.C. Bar No. 56335
WOMBLE BOND DICKINSON (US) LLP
One West Fourth Street
Winston-Salem, NC 27101
Telephone: (336) 721-3600
Facsimile: (336) 721-3660
aj.horner@wbd-us.com
michael.montecalvo@wbd-us.com

*Attorneys for Defendant Pinnacle Property Management Services, LLC*

## **WORD COUNT CERTIFICATION**

I hereby certify that, based on the word count tool in Microsoft Word, the foregoing document contains 490 words, exclusive of the caption, signature lines, and cover page.

*/s/ Aaron J. Horner*
Aaron J. Horner