**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>STATE OF NORTH CAROLINA,<br>STATE OF CALIFORNIA,<br>STATE OF COLORADO,<br>STATE OF CONNECTICUT,<br>STATE OF ILLINOIS,<br>COMMONWEALTH OF MASSACHUSETTS,<br>STATE OF MINNESOTA,<br>STATE OF OREGON, and<br>STATE OF TENNESSEE,<br><br>Plaintiffs,<br><br>v.<br><br>REALPAGE, INC.,<br>CAMDEN PROPERTY TRUST,<br>CORTLAND MANAGEMENT, LLC,<br>GREYSTAR MANAGEMENT SERVICES, LLC,<br>LIVCOR, LLC,<br>PINNACLE PROPERTY MANAGEMENT SERVICES, LLC, and<br>WILLOW BRIDGE PROPERTY COMPANY, LLC<br><br>Defendants. | Case No. 1:24-cv-00710-WO-JLW<br><br>**FILING AND CERTIFICATION OF COMPLIANCE UNDER 15 U.S.C. § 16(g) BY PINNACLE PROPERTY MANAGEMENT SERVICES, LLC** |

Pursuant to Section 2(g) of the Antitrust Procedures and Penalties Act, 15 U.S.C. § 16(g), Defendant Pinnacle Property Management Services, LLC ("Pinnacle"), submits the following description and certification of all written or oral communications by or on behalf of Pinnacle with any officer or employee of the United States concerning or relevant to the Pinnacle Proposed Final Judgment filed in this action. ECF No. 213, 213-1. In accordance with Section 2(g), this description excludes any communications "made by counsel of record alone with the Attorney General or the employees of the Department of Justice alone."

To the best of Pinnacle's knowledge, no written or oral communication took place by Pinnacle or on its behalf with any officer or employee of the Executive Branch of the United States concerning or relevant to the Pinnacle Proposed Final Judgment in this action, other than communication made by counsel of record alone with the Attorney General or the employees of the Department of Justice, such communication being excluded from the disclosure requirements of 15 U.S.C. § 16(g).

**CERTIFICATION**

Pinnacle certifies that, with this submission, Pinnacle has complied with the requirements of Section 2(g) of the Antitrust Procedures and Penalties Act, 15 U.S.C. § 16(g), and that this submission is a true and complete description of communications by or on behalf of Pinnacle, known to Pinnacle, or that Pinnacle reasonably should have known, that are required to be reported pursuant to that provision.

This 14th day of September, 2026.

*<u>/s/ Aaron J. Horner</u>*
Michael Montecalvo
N.C. Bar No. 24943
Aaron J. Horner
N.C. Bar No. 56335
WOMBLE BOND DICKINSON (US) LLP
One West Fourth Street
Winston-Salem, NC 27101
Telephone: (336) 721-3600
Facsimile: (336) 721-3660
aj.horner@wbd-us.com
michael.montecalvo@wbd-us.com

Kenneth Reinker
D.C. Bar No. 999958
Jeremy Calsyn
D.C. Bar No. 467737
Cleary Gottlieb Steen and Hamilton LLP
2112 Pennsylvania Avenue, NW
Washington, D.C. 20037
Telephone: (202) 974-1522
Facsimile: (202) 974-1999
E-Mail: jcalsyn@cgsh.com
E-Mail: kreinker@cgsh.com

Joseph Kay
N.Y. Bar No. 5410055
Cleary Gottlieb Steen and Hamilton LLP
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2745
Facsimile: (212) 225-3999
E-Mail: jkay@cgsh.com

*Attorneys for Defendant Pinnacle Property Management Services, LLC*