**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

UNITED STATES OF AMERICA,
STATE OF NORTH CAROLINA,
STATE OF CALIFORNIA
STATE OF COLORADO,
STATE OF CONNECTICUT,
STATE OF ILLINOIS,
COMMONWEALTH OF MASSACHUSETTS,
STATE OF MINNESOTA,
STATE OF OREGON,
STATE OF TENNESSEE, and
STATE OF WASHINGTON,

Plaintiffs,

v.

REALPAGE, INC.,
CAMDEN PROPERTY TRUST,
CORTLAND MANAGEMENT, LLC,
CUSHMAN & WAKEFIELD, INC.,
GREYSTAR REAL ESTATE PARTNERS, LLC,
LIVCOR, LLC,
LIVCOR PROPERTY MANAGEMENT SERVICES, LLC,
PINNACLE PROPERTY MANAGEMENT SERVICES, LLC, and
WILLOW BRIDGE PROPERTY COMPANY, LLC,

Defendants.

Case No. 1:24-cv-00710-WO-JGM

**PLAINTIFF STATES' REPLY TO DEFENDANTS' RESPONSES TO THE COURT'S AUGUST 25, 2026 NOTICE AND ORDER (ECF No. 209)**

**PLAINTIFF STATES' REPLY TO DEFENDANTS' RESPONSES TO THE COURT'S NOTICE AND ORDER DATED AUGUST 25, 2026 (ECF No. 209)**

In its Notice and Order dated August 25, 2026, ECF No. 209, the Court listed those motions now pending in the above-captioned action that remain "live" because they have been

unaffected by settlements. The Court then ordered that "any party contending a consent decree, final judgment, or other order renders *an additional motion* moot shall file a response within seven (7) days of the date of this Notice." *See* ECF No. 209 at p. 3 (emphasis added). The Court also noted explicitly as to the pending motions: "[t]his court finds the existing briefing sufficient and *does not invite further submissions*." *Id.* (emphasis added). In sum, the Court's August 25th Order invited nothing more than confirmation or clarification as to which pending motions have been rendered moot by settlements and which have not. Because the Court's list of pending motions was accurate, Plaintiff States did not file a Response.

Defendant RealPage, Inc. did, however, file a Response – not for the purpose of clarifying or correcting anything in the August 25th Order, but in order to raise an entirely new issue. RealPage reported to the Court that it believes the Final Judgment resolving the claims filed against it by the United States (to which Plaintiff States are not a party) has rendered moot Plaintiff States' Sherman Act claims and Plaintiff States' state law claims for injunctive relief. *See* ECF No. 210. Defendants Camden Property Management and Pinnacle Property Management Services, LLC, followed with their own filings claiming that the United States' settlement with RealPage has also mooted certain of Plaintiff States' claims against *them*.

*See* ECF Nos. 211 & 212.[1] And on September 8, 2026, Pinnacle filed another notice claiming its Stipulation and Order (ECF No. 213), filed on September 4, 2026, mooted all of the United States' claims against it and rendered Plaintiff States' Sherman Act claims moot. ECF No. 217.

The above-captioned Plaintiff States hereby respond to the filings of RealPage, Camden, and Pinnacle as follows:

1. No motion pending before the Court asserts that any claims alleged by Plaintiff States against RealPage, Camden, or Pinnacle are moot for any reason.

2. The Court should not construe the Responses of RealPage, Camden, and Pinnacle to the Court's August 25th Order as motions to dismiss on the ground of mootness because the Court did not invite legal briefing or additional motions in its Order and the "responses" do not comply with Local R. 7.3(a), (d)(1) & (j).

3. Because RealPage, Camden, and Pinnacle have filed no motions to dismiss any claims on the ground of mootness, no mootness issue is properly before the Court.

4. Plaintiff States reserve the right to respond substantively to any new motion to dismiss if defendants

[1] Camden also claims that its settlement with a private class in another case has mooted the States' claims. *See* ECF No. 211 at pp. 3-4.

properly bring it because none of the claims against RealPage, Camden, or Pinnacle have been rendered moot by the agreed-upon Final Judgment entered as a compromise between the United States and RealPage, to which the States are not parties. Nor have any judgments or settlements in any other case rendered any of Plaintiff States' claims moot. Plaintiff States have not settled with RealPage, Camden, or Pinnacle and remain free to seek the full extent of any and all relief to which they are entitled based on the Defendants' acts and omissions in violation of federal and state law, as described in the Amended Complaint. *See* ECF No. 47 at pp. 95-115.

Dated this 15th day of September.

Respectfully submitted,

*/s/ Kunal J. Choksi*
KUNAL J. CHOKSI
Senior Deputy Attorney General
N.C. Bar. No. 55666
ASA C. EDWARDS IV
Special Deputy Attorney General
N.C. Bar No. 46000
North Carolina Department of Justice
114 W. Edenton St.
Raleigh, NC 27603
(919) 716-6000 | kchoksi@ncdoj.gov

*Attorneys for Plaintiff State of North Carolina*

*/s/ Pamela Pham*
DOAN-PHUONG (PAMELA) PHAM
Deputy Attorney General
Office of the Attorney General
California Department of Justice
300 South Spring Street, Suite 1702
Los Angeles, CA 90013

(213) 269-6000 | Pamela.Pham@doj.ca.gov

*Attorney for Plaintiff State of California*

*/s/ Elizabeth W. Hereford*
ELIZABETH W. HEREFORD
Assistant Attorney General
BRYN A. WILLIAMS
First Assistant Attorney General
Colorado Department of Law
1300 Broadway, 9th Floor
Denver, CO 80203
Telephone: (720) 508-6000
Email: Elizabeth.Hereford@coag.gov
Bryn.Williams@coag.gov

*Attorneys for the Plaintiff State of Colorado*

*s/ Julián A. Quiñones Reyes*
JULIÁN A. QUIÑONES REYES
Assistant Attorney General
Office of the Connecticut Attorney General
165 Capitol Avenue
Hartford, CT 06106
(860) 808-5030 | julian.quinones@ct.gov

*Attorney for Plaintiff State of Connecticut*

*/s/ Katherine W. Krems*
KATHERINE W. KREMS
Assistant Attorney General
JENNIFER E. GREANEY
Deputy Chief/Antitrust Division
Office of the Massachusetts Attorney General
One Ashburton Place
18th Floor
Boston, Massachusetts 02108
(617) 963-2189
Katherine.Krems@mass.gov
Jennifer.Greaney@mass.gov

*Attorneys for Plaintiff Commonwealth of Massachusetts*

*s/Katherine A. Moerke*
KATHERINE A. MOERKE
ELIZABETH ODETTE
SARAH DOKTORI

Assistant Attorneys General
Office of the Minnesota Attorney General
445 Minnesota Street, Suite 600
St. Paul, MN 55101-2130
katherine.moerke@ag.state.mn.us
Telephone: (651) 757-1288
elizabeth.odette@ag.state.mn.us
Telephone: (651) 728-7208
sarah.doktori@ag.state.mn.us
Telephone: (651) 583-6694

*Attorneys for Plaintiff State of Minnesota*

*/s/ Timothy D. Smith*
TIMOTHY D. SMITH
Attorney-in-Charge
Economic Justice Section
Oregon Department of Justice
100 SW Market St, Portland OR 97201
503.798.3297 tim.smith@doj.oregon.gov

*Attorney for Plaintiff State of Oregon*

*/s/ Daniel Lynch*
DANIEL LYNCH
Assistant Attorney General
SOPHIE ASSADNIA
Assistant Attorney General
S. ETHAN BOWERS
Senior Assistant Attorney General
Antitrust and Scaled Industries Division
Office of the Tennessee Attorney General
UBS Building, 20th Floor
315 Deaderick Street, Nashville, Tennessee 37243
615.532.5732 | Daniel.lynch@ag.tn.gov

*Attorneys for Plaintiff State of Tennessee*

*/s/ Daniel R. Betancourt*
DANIEL BETANCOURT, Assistant Attorney General
JENNIFER M. CORONEL, Deputy Chief/Antitrust Bureau
PAUL J. HARPER, Supervising Attorney/Antitrust Bureau
Office of the Illinois Attorney General
115 S. LaSalle St., Floor 23
Chicago, IL 60603
Tel: (312) 415-7945

Daniel.betancourt@ilag.gov
Paul.harper@ilag.gov
Jennifer.coronel@ilag.gov

*Attorneys for Plaintiff State of Illinois*