IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF NORTH CAROLINA, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF CONNECTICUT, STATE OF ILLINOIS, COMMONWEALTH OF MASSACHUSETTS, STATE OF MINNESOTA, STATE OF OREGON, and STATE OF TENNESSEE, | |
| Plaintiffs, | |
| vs. | No. 1:24-cv-00710-WLO-JGM |
| REALPAGE, INC.; CAMDEN PROPERTY TRUST; CORTLAND MANAGEMENT, LLC; CUSHMAN & WAKEFIELD, INC.; GREYSTAR REAL ESTATE PARTNERS, LLC; LIVCOR, LLC; PINNACLE PROPERTY MANAGEMENT SERVICES, LLC; and WILLOW BRIDGE PROPERTY COMPANY, LLC, | |
| Defendants. | |

**PLAINTIFF UNITED STATES' REPLY TO CAMDEN PROPERTY TRUST'S RESPONSE TO THE COURT'S AUGUST 25, 2026 NOTICE AND ORDER**

Plaintiff United States of America replies to Defendant Camden Property Trust's response (Doc. 211) to the Court's

August 25, 2026 Notice and Order (Doc. 209) and states as follows:

1. The Court's Order directed the parties to file a response if they contend that "a consent decree, final judgment, or other order renders an additional motion moot." (Doc. 209, at 3 (emphasis added).) The Court's Order also made clear that as for the motions that remain pending, which includes the Landlord Defendants' Joint Motion to Dismiss (Doc. 128) and Camden's individual Motion to Dismiss (Doc. 133), "the existing briefing [is] sufficient" and the Court "does not invite further submissions." (Doc. 209, at 3 (emphasis added).)

2. The Court should deem Camden's response to the Court's Order (Doc. 211) non-responsive and disregard it. Camden's mootness arguments are directed to the claims against it in the Amended Complaint (Doc. 47), not to any pending motion. If anything, Camden's mootness arguments constitute a further submission regarding the Joint Motion to Dismiss (Doc. 128) and Camden's individual Motion to Dismiss (Doc. 133).

3. The United States is not waiving, and hereby expressly reserves, its right to respond substantively to Camden's mootness arguments in the event the Court decides to entertain them.

Dated: September 10, 2026

Respectfully submitted,

By: s/ Henry C. Su

Henry C. Su
David A. Geiger
Jessica Butler-Arkow

Attorneys
United States Department of Justice
Antitrust Division
450 Fifth Street N.W., Suite 7100
Washington, DC 20530
Telephone: (202) 307-6200
Email: henry.su@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

By: s/ Henry C. Su
Henry C. Su

## CERTIFICATE OF WORD COUNT

I hereby certify that, based on the word count tool in Microsoft Word, the foregoing document contains 225 words, exclusive of the caption, signature lines, certificate of service, and any cover page or index, and it therefore complies with the limitation on length set forth in Local Civil Rule 7.3(d).

Dated: September 10, 2026

By: s/ Henry C. Su
Henry C. Su