**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

UNITED STATES OF AMERICA,
STATE OF NORTH CAROLINA,
STATE OF CALIFORNIA
STATE OF COLORADO,
STATE OF CONNECTICUT,
STATE OF ILLINOIS,
COMMONWEALTH OF MASSACHUSETTS,
STATE OF MINNESOTA,
STATE OF OREGON,
STATE OF TENNESSEE, and
STATE OF WASHINGTON,

Plaintiffs,

v.

REALPAGE, INC.,
CAMDEN PROPERTY TRUST,
CORTLAND MANAGEMENT, LLC,
CUSHMAN & WAKEFIELD, INC.,
GREYSTAR REAL ESTATE PARTNERS, LLC,
LIVCOR, LLC,
LIVCOR PROPERTY MANAGEMENT SERVICES, LLC,
PINNACLE PROPERTY MANAGEMENT SERVICES, LLC, and
WILLOW BRIDGE PROPERTY COMPANY, LLC,

Defendants.

Case No. 1:24-cv-00710-WO-JGM

CERTIFICATE OF WORD COUNT

I hereby certify that, based on the word count tool in Microsoft Word, PLAINTIFF STATES' REPLY TO DEFENDANTS' RESPONSES TO THE COURT'S AUGUST 25,2026 NOTICE AND ORDER (ECF

No. 209) filed on September 15, 2026, contains 613 words, exclusive of the caption, signature lines, certificate of service, and any cover page or index, and it therefore complies with the limitation on length set forth in Local Civil Rule 7.3(d).

Dated September 16, 2026.

/s/ Timothy D. Smith
TIMOTHY D. SMITH
Attorney-in-Charge
Economic Justice Section
Oregon Department of Justice
100 SW Market St, Portland OR 97201
503.798.3297 tim.smith@doj.oregon.gov

Of Attorneys for Plaintiff States